FILED
IN CLERKS OFFICE

2004 SEP 28  A 11: 32

U.S. DISTRICT COURT
UNITED STATES DISTRICT COURT DISTRICT OF MASS.

DISTRICT OF MASSACHUSETTS

04 - 12030 MLW

| | |
|---|---|
| JEFFREY DANIELS, | CIVIL ACTION |
| Plaintiff | MAGISTRATE JUDGE RBC |
| VS. | |
| NATIONAL RAILROAD PASSENGER CORPORATION, | RECEIPT # 55932<br>AMOUNT $150<br>SUMMONS ISSUED (C)<br>LOCAL RULE 4.1<br>WAIVER FORM |
| Defendant | MCF ISSUED<br>BY DPTY. CLK. TOM<br>DATE 9/28/04 |

## COMPLAINT

### NATURE OF ACTION

1. The plaintiff brings this action against the defendant for injuries suffered by him while in the employ of the defendant Railroad.

### JURISDICTION

2. This Court has subject matter jurisdiction in this case pursuant to the Federal Employers' Liability Act, 45 U.S.C. §51. Venue properly lies in this Court pursuant to 45 U.S.C. §56.

## PARTIES

3. The plaintiff is of Dorchester, Massachusetts.

4. The defendant, National Railroad Passenger Corporation, is a railroad corporation duly established by law, and having a usual place of business in Boston, Massachusetts.

## FACTS

5. During all times herein mentioned, the defendant was a common carrier engaged in the business of interstate commerce, and as such, operated a railroad in such business between Washington, D.C. and Boston, Massachusetts.

6. At the time the plaintiff received the injuries complained of, he was employed by the defendant Railroad as a B&B mechanic.

7. At the time the plaintiff received the injuries complained of, the defendant Railroad was engaged in interstate commerce and the plaintiff was employed in furtherance of said commerce.

8. On or about July 19, 2002, the plaintiff was engaged in his duties as a B&B mechanic at or about Franklin, Massachusetts, which terminal, yard, lines, tracks, rails, engines, trains, shops, storerooms, and all other equipment and appliances appurtenant thereto were owned and/or operated and/or controlled and/or maintained by the defendant corporation.

## AS AND FOR A FIRST CAUSE OF ACTION

9. The plaintiff adopts by reference and realleges each and every allegation set forth in paragraphs 1 through 8 of this Complaint with the same force and effect as if set forth under this cause of action.

10. As a result of the negligence of the defendant Railroad, its agents, servants, or employees the plaintiff was injured.

11. As a result of the failure of the defendant Railroad, its agents, servants, or employees to use reasonable care to provide the plaintiff with a safe place in which to work, including but not limited to furnishing him with safe and suitable tools, appliances, equipment, premises, assistance, training, and procedures, the plaintiff was injured.

12. As a result of said injuries, the plaintiff has suffered and will suffer lost wages and benefits, impairment to earning capacity, medical expenses, pain and suffering, and mental anguish.

WHEREFORE, in order to fairly and justly compensate the negligently injured plaintiff and thereby promote safe operating conditions on the defendant Railroad, the plaintiff demands a jury verdict and judgment against the defendant Railroad in the amount of Seven Hundred Fifty Thousand Dollars ($750,000.00), in addition to any further relief which the Court deems just and equitable.

PLAINTIFF DEMANDS TRIAL BY JURY.

By his attorneys,

By _____
George J. Cahill, Jr. (Bar #069480)
CAHILL, GOETSCH & MAURER, P.C.
43 Trumbull Street
New Haven, Connecticut 06510
(203) 777-1000