UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12030MLW

| | |
|---|---|
| JEFFREY DANIELS,<br>    Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| NATIONAL RAILROAD PASSENGER<br>CORPORATION,<br>    Defendant | )<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL

**TO THE CLERK OF THE ABOVE-NAMED COURT:**

Kindly withdraw my appearance as counsel of behalf of the defendant NATIONAL RAILROAD PASSENGER CORPORATION, in the above-entitled matter.

        The Defendant,
        **NATIONAL RAILROAD PASSENGER CORPORATION**
        By its attorneys,

        _____
        Edward P. Harrington, BBO #559482
        Assistant General Counsel
        MBTA Law Department
        Ten Park Plaza
        Boston, MA 02116
        (617) 222-3192

1118721v1