UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12030MLW

| | |
|---|---|
| JEFFREY DANIELS,<br>    Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| NATIONAL RAILROAD PASSENGER<br>CORPORATION,<br>    Defendant | )<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE ABOVE-NAMED COURT:**

Kindly note my appearance as counsel of behalf of the defendant NATIONAL RAILROAD PASSENGER CORPORATION, in the above-entitled matter.

> The Defendant,
> **NATIONAL RAILROAD PASSENGER CORPORATION**
> By its attorneys,
> **MORRISON MAHONEY, LLP**
>
> _____
> Lawrence F. Boyle BBO# 052680
> 250 Summer Street
> Boston, MA 02210
> (617) 439-7500

1118722v1