CAHILL, GOETSCH & MAURER, P.C.
ATTORNEYS AT LAW
43 TRUMBULL STREET
NEW HAVEN, CT 06510
203-777-1000
FAX: 203-865-5904
www.trainlaw.com

FILED
CLERKS OFFICE

2005 JAN 18 P 2: 22

U.S. DISTRICT COURT
DISTRICT OF MASS

GEORGE J. CAHILL, JR.*
cahill@trainlaw.com

*admitted in NY, MA, CT & DC

NEW YORK OFFICE:
ONE CROTON POINT AVENUE
CROTON-ON-HUDSON, NY 10520
914-271-9474
FAX: 914-271-9476

January 13, 2005

Honorable Mark L. Wolf
United States District Judge
United States District Court
District of Massachusetts
John J. Moakley U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

RE:    *Jeffrey Daniels vs. National Railroad Passenger Corporation*
       C.A. No. 04-12030 MLW

Dear Judge Wolf:

        Please be advised that the parties in the above-entitled matter do not consent to
a transfer of this case to a Magistrate Judge.

                                    Respectfully yours,

                                    George J. Cahill, Jr.

GJC:md

cc:    Lawrence F. Boyle, Esq.