FILED
IN CLERKS OFFICE

2005 FEB -2 P 3: 34

U.S. DISTRICT COURT
DISTRICT OF MASS

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

_____X

| | |
|---|---|
| JEFFREY DANIELS, | CIVIL ACTION |
| Plaintiff | NO. 04-12030-MLW |
| VS. | |
| NATIONAL RAILROAD PASSENGER CORPORATION, | |
| Defendant | JANUARY 31, 2005 |

_____X

### PLAINTIFF'S MOTION FOR CONTINUANCE

The Court has scheduled the above-entitled matter for an initial Rule 16(b) Scheduling Conference on February 23, 2005. The Plaintiff's counsel will be traveling back from a vacation on February 23rd and respectfully requests that the Conference be rescheduled to a day subsequent to February 23rd. Plaintiff's counsel has conferred with opposing counsel and there is no objection to this motion.

WHEREFORE, the Plaintiff moves for an Order to reschedule the initial Rule 16(b) Conference to a date after February 23, 2005.

FOR THE PLAINTIFF,

BY *[signature]*
George J. Cahill, Jr. (BBO #069480)
CAHILL, GOETSCH & MAURER, P.C.
43 Trumbull Street
New Haven, Connecticut 06510
(203) 777-1000

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 31st day of January, 2005, to Lawrence F. Boyle, Esq., Morrison, Mahoney & Miller, LLP, 250 Summer Street, Boston, Massachusetts 02210.

*[signature]*
George J. Cahill, Jr.

2