UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12030MLW

JEFFREY DANIELS, )
Plaintiff )
 )
v. )
 )
NATIONAL RAILROAD PASSENGER )
CORPORATION, )
Defendant )

## NOTICE OF APPEARANCE

Kindly enter my appearance on behalf of the defendant, NATIONAL RAILROAD PASSENGER CORPORATION, in the above-entitled matter.

_____
Joseph M. Desmond, BBO #634883
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
617-439-7500

DATED: 2-1-05

1124419v1