```
                                              FILED
                                          IN CLERKS OFFICE

                                          2005 FEB -7  P 2:39

                                          U.S. DISTRICT COURT
            UNITED STATES DISTRICT COURT   DISTRICT OF MASS.

                    DISTRICT OF MASSACHUSETTS
```

_____X

JEFFREY DANIELS,                                CIVIL ACTION

    Plaintiff                                   NO. 04-12030-MLW

VS.

NATIONAL RAILROAD PASSENGER
 CORPORATION,

    Defendant                                   FEBRUARY 3, 2005

_____X

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Civil Rule 83.5.3, the plaintiff in the above-entitled matter moves for the admission *pro hac vice* of attorney Scott E. Perry. Mr. Perry's office address is 43 Trumbull Street, New Haven, Connecticut 06510. He is a member of the bar in good standing in the following jurisdictions: State of Connecticut and the State of New York; the United States District Court for the District of Connecticut and the Southern District of New York.

Furthermore, Mr. Perry has not been denied admission or disciplined by this Court or any other Court and is a member in good standing in the Courts to which he is admitted.

Mr. Perry will be serving as co-counsel with plaintiff's undersigned counsel in the above-entitled matter.

Attached hereto at Appendix A is Mr. Perry's certification pursuant to Local Rule 83.5.3(b).

Undersigned counsel contacted defendant's counsel, Joseph M. Desmond, Esq., and he does not object to the instant motion.

WHEREFORE, the plaintiff respectfully requests that this Motion for Admission of Scott E. Perry, Esquire *pro hac vice* be granted.

Respectfully submitted,

FOR THE PLAINTIFF, JEFFREY DANIELS

By_____
George J. Cahill, Jr. (BBO #069480)
CAHILL, GOETSCH & MAURER, P.C.
43 Trumbull Street
New Haven, Connecticut 06510
(203) 777-1000

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing Motion for Admission Pro Hac Vice and attached Affidavit were mailed, first class mail, postage prepaid on this 3rd day of February, 2005, to Joseph M. Desmond, Esq., Morrison Mahoney LLP, 250 Summer Street, Boston, Massachusetts 02210.

_____
George J. Cahill, Jr.