UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

_____X

| | |
|---|---|
| JEFFREY DANIELS, | CIVIL ACTION |
| Plaintiff | NO. 04-12030-MLW |
| VS. | |
| NATIONAL RAILROAD PASSENGER CORPORATION, | |
| Defendant | FEBRUARY 3, 2005 |

_____X

### AFFIDAVIT

STATE OF CONNECTICUT )
                            ) ss: New Haven
COUNTY OF NEW HAVEN )

I, Scott E. Perry, am over twenty-one years old and I understand the obligations of an oath.

1. I am admitted to practice law in the Connecticut State and Federal Courts and in New York State Courts as well as the United States District Court for the Southern District of New York, and I am a member of the bar in good standing of the aforementioned courts.

AO 136 (Rev. 4/94)

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

DISTRICT OF CONNECTICUT        Scott E. Perry

                               BAR #:    ct17236

I, **Kevin F. Rowe**, Clerk of the United States District Court, District of Connecticut,

DO HEREBY CERTIFY that  Scott E. Perry  was duly admitted to practice in said Court on  2/10/97 ,
and is a member in good standing of the bar of said Court.

Dated at New Haven, Connecticut        Kevin F. Rowe
                                       Clerk

on February 1, 2005                    *[signature]*
                                       Deputy Clerk