AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _Massachusetts_

Jeffrey Daniels
v.
National Railroad
Passenger Corp.

**APPEARANCE**

Case Number: _04-12030 MLW_

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for _NATIONAL RAILROAD PASSENGER CORPORATION_

I certify that I am admitted to practice in this court.

_3/3/05_
Date

_3/3/05_
N. Russ

Signature _John Knight_

Print Name: _John Knight_       Bar Number

Address: _Morrison Mahoney, LLP 250 Summer_

City: _Boston_   State: _MA_   Zip Code: _02210_

Phone Number: _617 439-7500_       Fax Number