# United States District Court
# District of Massachusetts

JEFFREY DANIELS,
    Plaintiff,

    v.                              CIVIL ACTION NO. 2004-12030-MLW

NATIONAL RAILROAD
    PASSENGER CORPORATION,
        Defendant.

## SCHEDULING ORDER - RULE 16(b), FED. R. CIV. P.

COLLINGS, U.S.M.J.

    The Court enters the within Scheduling Order pursuant to Rule 16(b), Fed. R. Civ. P.:

    (1)    Automatic disclosures must be COMPLETED *on or before the close of business on Tuesday, March 22, 2005.*

    (2)    Initial set(s) of interrogatories and requests for production of documents must be served *on or before the close of business on Friday, April 1, 2005;* responses, answers and/or objections shall be served *within the time provided by the Federal Rules.*

(3)     The plaintiff and defendant shall serve reports of their experts in full compliance with Rule 26(a)(2)(B), Fed. R. Civ. P., *on or before the close of business on January 31, 2006.*

(4)     All other non-expert discovery shall be filed and/or served *on or before the close of business on Monday, November 14, 2005* and *COMPLETED on or before the close of business on December 21, 2005.*

(5)     Counsel shall report for a further conference on *Wednesday, September 21, 2005 at 12 Noon* at Courtroom #14 (5th floor), John Joseph Moakley United States Courthouse, Boston, Massachusetts. At said conference, the Court shall hear counsel as to (a) the status of discovery and (b) whether the case should be referred for mediation, (c) and any dispositive motions which are contemplated.

*BY SEPTEMBER 21, 2005, COUNSEL SHALL HAVE COMPLETED THAT DISCOVERY NECESSARY FOR EACH SIDE TO EVALUATE THE CASE FOR SETTLEMENT PURPOSES.*

/s/ Robert B. Collings
ROBERT B. COLLINGS
March 11, 2005.                              United States Magistrate Judge