UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12030MLW

FILED
IN CLERKS OFFICE
2005 MAY 25 P 12: 57
U.S. DISTRICT COURT
DISTRICT OF MASS

JEFFREY DANIELS,  )
Plaintiff          )
                   )
v.                 )
                   )
NATIONAL RAILROAD PASSENGER )
CORPORATION,       )
Defendant          )
                   )

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance for the defendant, National Railroad Passenger Corporation in the above-captioned matter.

                              The Defendant,
                              National Railroad Passenger Corporation,
                              By their Attorneys,

                              _____
                              William Joseph Flanagan, BBO#556598
                              **MORRISON MAHONEY LLP**
                              250 Summer Street
                              Boston, MA 02210
                              (617) 439-7500

1143957v1

## CERTIFICATE OF SERVICE

      I, William Joseph Flanagan, attorney for the defendants, hereby certify that I have this day served the foregoing **Notice of Appearance** to all counsel of record in this action by mailing same, by first class mail, postage prepaid to:

George J. Cahill, Jr., Esquire
CAHILL, GOETSCH & MAURER, P.C.
43 Trumbull Street
New Haven, CT 06510

Dated: 5/23/05         Attorney: _____