UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12030MLW

| | |
|---|---|
| JEFFREY DANIELS,<br>Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| NATIONAL RAILROAD PASSENGER<br>CORPORATION,<br>Defendant | )<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Kindly withdraw my appearance as attorney for the defendant, National Railroad Passenger Corporation, in the above-entitled case.

The defendant,
By its Attorneys,

John P. Knight, BBO# 631052
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

1143960v1

## CERTIFICATE OF SERVICE

I, John P. Knight for the defendant, hereby certify that I have this day served the foregoing **Notice of Withdrawal** to all counsel of record in this action by mailing same, by first class mail, postage prepaid to:

George J. Cahill, Jr., Esquire
CAHILL, GOETSCH & MAURER, P.C.
43 Trumbull Street
New Haven, CT 06510

Dated: _____   Attorney: _____

2

1143960v1