AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF __MASSACHUSETTS__

Daniels

v.

National Railroad Passengers Corp.

**APPEARANCE**

Case Number: 04-CV-12030-MLW

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

National Railroad Passengers Corporation

I certify that I am admitted to practice in this court.

9/19/'05
Date

Signature

Curtis L.S. Carpenter  657358
Print Name / Bar Number

Morrison Mahoney LLP
250 Summer St.
Address

Boston    MA    02210-1181
City    State    Zip Code

(617) 439-7589    (617) 342-4841
Phone Number    Fax Number

ccarpenter@morrisonmahoney.com
E-Mail

9/19/05 N. Russ
N. Russ