UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

_____X

| | |
|---|---|
| JEFFREY DANIELS, | CIVIL ACTION |
| Plaintiff | NO. 04-12030-MLW |
| VS. | |
| NATIONAL RAILROAD PASSENGER CORPORATION, | |
| Defendant | OCTOBER 26, 2005 |

_____X

### PLAINTIFF'S MOTION TO COMPEL

Pursuant to Fed. R. Civ. P. 37 and D. Mass. Loc. R. 37.1, the plaintiff hereby moves to strike defendant's objections and compel complete production of responsive documents and materials with respect to Requests for Production ("Requests") 2, 3, 6, 11, 12, 14, 15, 19, 20, 23, 24 and Interrogatories 1, 4, 16 and 18.

The plaintiff hereby certifies that the provisions of Fed. R. Civ. P. 37 and D. Mass. Loc. R. 37.1 were complied with in person on August 30, 2005.

Respectfully submitted,

FOR THE PLAINTIFF, JEFFREY DANIELS

By _____
Scott E. Perry
George J. Cahill, Jr. (BBO #069480)
CAHILL, GOETSCH & MAURER, P.C.
43 Trumbull Street
New Haven, Connecticut 06510
(203) 777-1000

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, first class mail, postage prepaid on this __26__ day of October, 2005, to William Joseph Flanagan, Esq., Morrison Mahoney, LLP, 250 Summer Street, Boston, Massachusetts 02210.

_____
Scott E. Perry