UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

_____X

| | |
|---|---|
| JEFFREY DANIELS, | CIVIL ACTION |
| Plaintiff | NO. 04-12030-MLW |
| VS. | |
| NATIONAL RAILROAD PASSENGER CORPORATION, | |
| Defendant | OCTOBER 26, 2005 |

_____X

**AFFIDAVIT**

STATE OF CONNECTICUT )
                      ) ss:  New Haven
COUNTY OF NEW HAVEN )

    I, Scott E. Perry, am over twenty-one years old and I understand the obligations of an oath.

    2. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

    3. On August 30th I conferred in good faith pursuant to Fed. R. Civ. P. 37 with defense counsel William Flanagan in an effort to resolve the parties' disputes concerning plaintiff's Requests for Production (RFP 2, 3, 6, 11, 12, 14, 15, 19, 20, 23 and 24) and Interrogatories 1, 4, 16 and 18. Undersigned counsel discussed these issues in person from approximately 3:15 p.m. to 3:45 p.m.

4. With respect to Interrogatories 18 and 19, the defendant agreed to withdraw all his objections and provide an amended response that is not subject to any objections.

5. With respect to Interrogatories 1, 4, and 16 the defendant refused to withdraw his objections.

6. With respect to RFPs 2, 6 the defendant agreed to withdraw all of its objections and produce all responsive documents to the extent it has not already done so.

7. With respect to RFP 3, 11, 12, 14, 15, 19, 20, 23 and 24 the defendant refused to withdraw all its objections even though, with respect to RFP 3, the plaintiff agreed to limit the scope to all materials prepared before the instant lawsuit was filed.

8. As of today, the defendant has failed to provide supplemental responses and withdrawn objections with respect to Requests 2 & 6 and Interrogatories 18 & 19.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY

_____
Scott E. Perry

Subscribed and sworn to before me this 26th day of October, 2005.

_____
Notary Public

MARILYN A. [illegible] Notary Public
My Commission Expires: 2/25/2010

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, first class mail, postage prepaid on this ___26___ day of October, 2005, to William Joseph Flanagan, Esq., Morrison Mahoney, LLP, 250 Summer Street, Boston, Massachusetts 02210.

_____
Scott E. Perry