UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:  04-12030MLW

| | |
|---|---|
| JEFFREY DANIELS, <br> Plaintiff, | ) <br> ) <br> ) |
| v. | ) <br> ) |
| NATIONAL RAILROAD PASSENGER <br> CORPORATION, <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) |

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE
OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL**

Plaintiff, Jeffrey Daniels, and defendant, National Railroad Passenger Corporation,

hereby stipulate that the time within which the defendant National Railroad Corporation may file

an Opposition to Plaintiff's Motion to Compel is extended to (and including) November 16,

2005.

| | |
|---|---|
| JEFFREY DANIELS <br> By his attorney, | NATIONAL RAILROAD PASSENGER <br> CORPORATION, <br> By their attorney, |
| */s/ Scott E. Perry* | */s/ William Joseph Flanagan* |
| _____ <br> Scott E. Perry, Esquire <br> CAHILL, GOETSCH & MAURER, P.C. <br> 43 Trumbull Street <br> New Haven, CT 06510 <br> (203) 777-1000 | _____ <br> William Joseph Flanagan, BBO# 556598 <br> MORRISON MAHONEY LLP <br> 250 Summer Street <br> Boston, MA  02210-1181 <br> (617) 439-7500 |

Dated: November 9, 2005

978376v1