FILED
CLERK'S OFFICE

2005 NOV 14  P 12: 47

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

_____X

| | |
|---|---|
| JEFFREY DANIELS, | CIVIL ACTION |
| Plaintiff | NO. 04-12030-MLW |
| VS. | |
| NATIONAL RAILROAD PASSENGER CORPORATION, | |
| Defendant | NOVEMBER 10, 2005 |

_____X

## PLAINTIFF'S MOTION TO EXTEND DISCOVERY DEADLINES

The plaintiff hereby moves for a one month extension of the pending discovery deadlines.

Specifically, the plaintiff moves for the following extensions: the deadline for filing and serving all non-expert discovery from November 14, 2005 to December 14, 2005; the deadline for completing all non-expert discovery from December 21, 2005 to January 21, 2006; the deadline for serving expert reports from January 31, 2006 to February 28, 2006.

In support hereof the plaintiff states the following:

1. This is the first motion to extend these deadlines.

2.  Undersigned counsel contacted defendant's attorney, Joe Flanagan, and he has no objection to the instant motion.

3.  This motion does not affect the currently scheduled settlement/status conference with Magistrate Judge Robert B. Collings on March 14, 2006.

4.  Six depositions and a site inspection have taken place.

5.  The plaintiff seeks additional time because there is a pending motion to compel and the defendant has promised supplemental discovery responses and document production. Also, the defendant has represented it would produce copies of the rules and regulations applicable to the plaintiff and not objected to producing these materials, however, to date, it has failed to produce the safety rules and regulations applicable to the plaintiff. Upon receipt and review of any supplemental production and the rules and regulations, the plaintiff may need to take additional depositions.

WHEREFORE, the plaintiff respectfully requests a thirty day extension of the discovery deadlines in the instant matter.

Respectfully submitted,

FOR THE PLAINTIFF, JEFFREY DANIELS

By _____
Scott E. Perry
George J. Cahill, Jr. (BBO #069480)
CAHILL, GOETSCH & MAURER, P.C.
43 Trumbull Street
New Haven, Connecticut 06510
(203) 777-1000

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, first class mail, postage prepaid on this 10th day of November, 2005, to William Joseph Flanagan, Esq., Morrison Mahoney, LLP, 250 Summer Street, Boston, Massachusetts 02210.

_____
Scott E. Perry