1

Volume I
Pages 1-42

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
C.A. 04-12030-MLW

---

JEFFREY DANIELS,
      Plaintiff
vs

NATIONAL RAILROAD PASSENGER
CORPORATION,
      Defendant

---

    DEPOSITION of JAMES TEAUGE, taken on behalf of the Plaintiff, pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before Norma J. Black, Certified Court Reporter #108593 and Notary Public in and for the Commonwealth of Massachusetts, at the Law Offices of Morrison Mahoney LLP, 250 Summer Street, Boston, Massachusetts 02210, commencing at 10:30 a.m., on Thursday, November 3, 2005.

ELLEN M. FRITCH & ASSOCIATES
373 SILVER STREET
SOUTH BOSTON
MASSACHUSETTS  02127
(617)269-5448

DEPOSITION OF JAMES TEAGUE

41

1   A    It's not safe to do that.
2            MR. PERRY: The plaintiff is
3   reserving his rights to continue the
4   deposition of James Teague, based on the
5   fact that requested safety rules have not
6   been produced and they were supposed to
7   have been available for inspection at
8   Attorney Flanagan's office today and he did
9   not have them.
10           I have no further questions at
11  this time.

23           (At which time the deposition
24           concluded at 11:45 a.m.)

DEPOSITION OF JAMES TEAGUE