**CAHILL, GOETSCH & MAURER, P.C.**
ATTORNEYS AT LAW
43 TRUMBULL STREET
NEW HAVEN, CT 06510
203-777-1000
FAX: 203-865-5904
www.trainlaw.com

SCOTT E. PERRY
scott@trainlaw.com

NEW YORK OFFICE:
ONE CROTON POINT AVENUE
CROTON-ON-HUDSON, NY 10520
914-271-9474
FAX: 914-271-9476

November 9, 2005

**_Via Fax – 617-342-4887_**

William Joseph Flanagan, Esq.
Morrison, Mahoney & Miller, LLP
250 Summer Street
Boston, Massachusetts  02210

RE:    _Jeffrey Daniels vs. National Railroad Passenger Corporation_
       C.A. No. 04-12030-MLW

Dear Attorney Flanagan:

I informed your paralegal, Pamela Passerello, that I do not object to a one week extension of time for you to respond to my pending Motion To Compel.

Also, please provide me with a copy of the NORAC rules and Safety Rules for Maintenance of Way and Roadway Worker Protection Rules that were in effect at the time of the accident and identified in your response to the plaintiff's request for production.  We will pay reasonable copying costs.  As you may recall, I asked to see them at your office last week prior to the depositions and you stated you did not have them available.

Sincerely,

Scott E. Perry

SEP:md

**CAHILL, GOETSCH & MAURER, P.C.**
**Attorneys At Law**

George J. Cahill, Jr.                              43 Trumbull Street
Charles C. Goetsch                                 New Haven, CT 06510
Scott E. Perry                                     Phone: 203-777-1000
                                                   Fax: 203-866-5904

### FAX COVER MEMO

TO:            William Joseph Flanagan, Esq.

FAX NO:        617-439-7590

FROM:          Scott E. Perry

TELEPHONE      203-777-1000

DATE:          November 9, 2005

RE:            *Jeffrey Daniels vs. National Railroad Passenger Corporation*

_____1_____ Pages to Follow

MESSAGE:

The information contained in this facsimile is confidential and privileged, and is intended only for the use of the named receiver. If you are not the named receiver or the person responsible for delivering this facsimile to the named receiver, you are notified that any use of this fax or its contents, including any dissemination or copying, is strictly prohibited. If you have received this facsimile in error, please immediately notify Cahill & Goetsch by telephone at 203-777-1000, and return the original to us at the New Haven address via first class mail.

```
                   CONFIRMATION INFORMATION
                Sent at: 5:13PM, 11/9/2005
                     Number of pages: 2
                     Resolution: FINE
                Fax number: 16174397590
        Destination name: MORRISON MAHONEY & MILLER
             Sender name: CAHILL & GOETSCH
               STATUS: SENT SUCCESSFULLY
```

11/30/05

Joe: please fed ek
these Rules to me.
We will pay reasonable
copying costs.

Scott

November 9, 2005

**_Via Fax – 617-342-4887_**

William Joseph Flanagan, Esq.
Morrison, Mahoney & Miller, LLP
250 Summer Street
Boston, Massachusetts  02210

RE:   _Jeffrey Daniels vs. National Railroad Passenger Corporation_
      C.A. No. 04-12030-MLW

Dear Attorney Flanagan:

   I informed your paralegal, Pamela Passerello, that I do not object to a one week extension of time for you to respond to my pending Motion To Compel.

   Also, please provide me with a copy of the NORAC rules and Safety Rules for Maintenance of Way and Roadway Worker Protection Rules that were in effect at the time of the accident and identified in your response to the plaintiff's request for production.  We will pay reasonable copying costs.  As you may recall, I asked to see them at your office last week prior to the depositions and you stated you did not have them available.

                    Sincerely,

                    Scott E. Perry

SEP:md

**CAHILL, GOETSCH & MAURER, P.C.**
Attorneys At Law

George J. Cahill, Jr.
Charles C. Goetsch
Scott E. Perry

43 Trumbull Street
New Haven, CT 06510
Phone: 203-777-1000
Fax:  203-865-5904

## FAX COVER MEMO

| | |
|---|---|
| **TO:** | William Joseph Flanagan, Esq. |
| **FAX NO:** | 617-439-7590 |
| **FROM:** | Scott E. Perry |
| **TELEPHONE** | 203-777-1000 |
| **DATE:** | November 30, 2005 |
| **RE:** | *Jeffrey Daniels vs. National Railroad Passenger Corporation* |

_____1_____ Pages to Follow

**MESSAGE:**

The information contained in this facsimile is confidential and privileged, and is intended only for the use of the named receiver. If you are not the named receiver or the person responsible for delivering this facsimile to the named receiver, you are notified that any use of this fax or its contents, including any dissemination or copying, is strictly prohibited. If you have received this facsimile in error, please immediately notify Cahill & Goetsch by telephone at 203-777-1000, and return the original to us at the New Haven address via first class mail.

```
CONFIRMATION INFORMATION
Sent at: 11:20AM, 11/30/2005
Number of pages: 2
Resolution: FINE
Fax number: 16174397590
Destination name: MORRISON MAHONEY & MILLER
Sender name: CAHILL & GOETSCH
STATUS: SENT SUCCESSFULLY
```