UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

_____X

JEFFREY DANIELS,                         CIVIL ACTION

    Plaintiff                            NO. 04-12030-MLW

VS.

NATIONAL RAILROAD PASSENGER
CORPORATION,

    Defendant                            DECEMBER 21, 2005
_____X

## PLAINTIFF'S MOTION TO CORRECT ORDER

The plaintiff hereby moves to correct what appears to be a typographical error in the Court's December 20, 2005 dated Order. Specifically, the Order states in line 2 that "the plaintiff representing that all responsive documents have been produced except opinion work product and surveillance reports." (A copy of the Order is attached hereto). The plaintiff moves the Court to replace the word "plaintiff" with the word "defendant" since it was the defendant that made the aforementioned representation.

Wherefore, the plaintiff respectfully requests that the Order be modified accordingly.

Respectfully submitted,

FOR THE PLAINTIFF, JEFFREY DANIELS


By _____
Scott E. Perry
George J. Cahill, Jr. (BBO #069480)
CAHILL, GOETSCH & MAURER, P.C.
43 Trumbull Street
New Haven, Connecticut  06510
(203) 777-1000


## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, first class mail, postage prepaid on this 21st day of December, 2005, to William Joseph Flanagan, Esq., Morrison Mahoney, LLP, 250 Summer Street, Boston, Massachusetts 02210.


_____
Scott E. Perry