**Scott Perry**

| | |
|---|---|
| **From:** | George Cahill |
| **Sent:** | Tuesday, December 20, 2005 5:54 PM |
| **To:** | Scott Perry |
| **Cc:** | Charlie Goetsch |
| **Subject:** | FW: Activity in Case 1:04-cv-12030-MLW Daniels v. National Railroad Passengers Corporation "Order on Motion to Compel" |

-----Original Message-----
**From:** ECFnotice@mad.uscourts.gov [mailto:ECFnotice@mad.uscourts.gov]
**Sent:** Tuesday, December 20, 2005 5:48 PM
**To:** CourtCopy@mad.uscourts.gov
**Subject:** Activity in Case 1:04-cv-12030-MLW Daniels v. National Railroad Passengers Corporation "Order on Motion to Compel"


***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Collings, Robert entered on 12/20/2005 at 5:48 PM EST and filed on 12/20/2005
**Case Name:**     Daniels v. National Railroad Passengers Corporation
**Case Number:**   1:04-cv-12030
**Filer:**
**Document Number:**

**Docket Text:**
Judge Robert B. Collings: Electronic ORDER entered granting in part and denying in part [19] Motion to Compel. The motion to compel Requests ## 3, 11, 12 14 & 15 are DENIED, the plaintiff representing that all responsive documents have been produced except opinion work product and surveillance reports. The motion to compel Requests ## 23 & 24 are DENIED since the reports themselves are protected by the work product doctrine and the plaintiff may depose the investigator to discover any facts to which the investigtaor will testify. The motion to compel Interrogatory #1 is DENIED, the defendant representing that it has produced all documents upon which it will rely at trial in defense of plaintiff's claims; identification is unnecessary. The motion to compel Interrogatory #4 is ALLOWED as to any statements by the plaintiff on the subject and is otherwise DENIED. The motion to compel Interrogatory #16 is ALLOWED to the extent that the objection is OVERRULED and the defendant! shall state any facts upon which defendant will rely at trial in support of its assertion that the plaintiff failed to mitigate his damages.

12/21/2005