UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

_____X

| | |
|---|---|
| JEFFREY DANIELS, | CIVIL ACTION |
| Plaintiff | NO. 04-12030-MLW |
| VS. | |
| NATIONAL RAILROAD PASSENGER CORPORATION, | |
| Defendant | FEBRUARY 22, 2006 |

_____X

## MOTION TO QUASH AND FOR A PROTECTIVE ORDER

Pursuant to Fed. R. Civ. P. 45 and 26(c), the plaintiff hereby moves to quash a subpoena duces tecum served on Giant Liquors. The plaintiff also moves for a protective order barring the deposition of a representative of Giant Liquors. The subpoena and deposition notice were sent out on February 9, 2006 and were for a deposition on February 24, 2006. The Court's deadline for filing and serving all non-expert discovery was January 13, 2006 and the deadline for completing all non-expert discovery was February 21, 2006. The Motion should be granted because the discovery is untimely, and it should also be granted because the subpoena is overly broad, unduly burdensome and not reasonably calculated to lead to the discovery of admissible evidence. Pursuant to Rule 37, undersigned counsel spoke to defense

counsel on February 22, 2006 at about noon and he refused to withdraw the subpoena and deposition notice.

Accordingly, the Court should quash the subpoena <u>duces</u> <u>tecum</u> and issue a protective order barring the deposition of a representative of Giant Liquors.

                              Respectfully submitted,

                              FOR THE PLAINTIFF, JEFFREY DANIELS

                              By _____/s/ Scott Perry/_____
                              Scott E. Perry
                              George J. Cahill, Jr. (BBO #069480)
                              CAHILL, GOETSCH & MAURER, P.C.
                              43 Trumbull Street
                              New Haven, Connecticut 06510
                              (203) 777-1000

### CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, first class mail, postage prepaid on this 22nd day of February, 2006, to William Joseph Flanagan, Esq., Morrison Mahoney, LLP, 250 Summer Street, Boston, Massachusetts 02210.

                              _____/s/ Scott Perry/_____
                              Scott E. Perry