# *APPENDIX A*

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

_____X

| | |
|---|---|
| JEFFREY DANIELS, | CIVIL ACTION |
| Plaintiff | NO. 04-12030-MLW |
| VS. | |
| NATIONAL RAILROAD PASSENGER CORPORATION, | |
| Defendant | FEBRUARY 22, 2006 |

_____X

## AFFIDAVIT

STATE OF CONNECTICUT )
                            ) ss: New Haven
COUNTY OF NEW HAVEN )

    I, Scott E. Perry, am over twenty-one years old and I understand the obligations of an oath.

    2. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

    3. I represent Jeffrey Daniels in the above-entitled matter.

    4. Pursuant to Fed.R.Civ.P. 26 (c), I conferred in good faith with Joseph Flanagan and requested that he not go forward with the deposition and withdraw the subpoena duces tecum.

5. He refused to withdraw the subpoena and insisted on going forward with the deposition as scheduled.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY

_____
Scott E. Perry

Subscribed and sworn to before me this 22nd day of February, 2006.

_____
Notary Public

MARILYN A. DONROE - Notary Public
My Commission Expires 2/28/2010

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, first class mail, postage prepaid on this 22nd day of February, 2006, to William Joseph Flanagan, Esq., Morrison Mahoney, LLP, 250 Summer Street, Boston, Massachusetts 02210.

_____
Scott E. Perry