# *APPENDIX B*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12030MLW

| | |
|---|---|
| JEFFREY DANIELS,<br>Plaintiff<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER<br>CORPORATION,<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF TAKING DEPOSITION**

TO: George J. Cahill, Jr., Esquire
Scott E. Perry, Esq.
**CAHILL, GOETSCH & MAURER, P.C.**
**43 Trumbull Street**
**New Haven, CT 06510**

Please take notice that on **Friday, February 24, 2006 at 10:00 a.m.,** at the offices of Morrison Mahoney LLP, 250 Summer Street, Boston, Massachusetts, the defendant/third-party plaintiff in this action, by its attorney, William Joseph Flanagan, will take the deposition upon oral examination of **Giant Liquors, 2731 Washington Street, Roxbury, MA 02119** according to the applicable provisions of Massachusetts Rules of Civil Procedure, before National Deposition Reporters, Notary Public in and for the Commonwealth of Massachusetts, or before some other officer authorized by law to administer oaths. The oral examination will continue from day to day until completed.

You are invited to attend and cross-examine.

1167488v1

The defendant,<br>
By its Attorney,<br>
**MORRISON MAHONEY LLP**

Dated:_____  William Joseph Flanagan, BBO# 556598
250 Summer Street
Boston, MA 02210
(617) 439-7500

## CERTIFICATE OF SERVICE

I, William Joseph Flanagan, attorney for the defendant/third-party plaintiff, hereby certify that I have this day served the foregoing **Notice of Taking Deposition** to all counsel of record in this action by mailing same, postage prepaid to:

George J. Cahill, Jr., Esquire
Scott E. Perry, Esq.
CAHILL, GOETSCH & MAURER, P.C.
43 Trumbull Street
New Haven, CT 06510

Dated: 2/6/06   Attorney:_____

2

1167488v1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12030MLW

| | |
|---|---|
| JEFFREY DANIELS,<br>Plaintiff<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER<br>CORPORATION,<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### SUBPOENA DUCES TECUM

**TO:**  **Giant Liquors**
**2731 Washington Street**
**Roxbury, MA 02119**

**GREETINGS:**

YOU ARE HEREBY COMMANDED in the name of the Commonwealth of Massachusetts in accordance with the provisions of Rule 30(A) and Rule 45 of the Massachusetts Rules of Civil Procedure to appear and testify on behalf of the defendant/third-party plaintiff, before a Notary Public of the Commonwealth of Massachusetts, at the offices of, **William Joseph Flanagan, Morrison Mahoney LLP, 250 Summer Street, Boston, Massachusetts 02210 on Friday, February 24, 2006 at 10:00 a.m.**, and to testify as to your knowledge, at the taking of the deposition in the above-entitled action.

**\*\*   THE DEPONENT IS REQUESTED TO TESTIFY CONCERNING THE AREAS OF INQUIRY AS DESCRIBED ON THE ATTACHED SCHEDULE "A" AND TO PRODUCE THE RECORDS DESCRIBED ON THE ATTACHED SCHEDULE "B".**

Hereof fail not as you will answer your default under the pains and penalties in the law in that behalf made and provided.

3

1167488v1

The defendant/,
By its Attorney,
**MORRISON MAHONEY LLP**

_____
William Joseph Flanagan, BBO# 556598
250 Summer Street
Boston, MA  02210
617-439-7500

Date: _____


**Notary Public**
My Commission expires:_____

4

1167488v1

## SCHEDULE A

1. Employment by Giant Liquors of Jeffrey Daniels, Social Security Number 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.

2. Jeffrey Daniel's presence at the premises of Giant Liquors between July 2002 and January 2004.

1167488v1

5

## **SCHEDULE B**

The deponent is requested to bring to the deposition any and all of the following documents:

As used herein, the word "document" or "documents" includes, without limitation, any original, and all copies of any writings, memoranda, tape or other sound recordings, contracts, agreements, invoices, checks, statements, receipts, letters, notes, telephone logs, diaries, calendar entries, telegrams, telexes or other forms of communication or correspondence, books, catalogs, pamphlets, periodicals, lists, brochures, reports, minutes, books or records of account, schedules, tax returns, computer print-outs, tapes or memories, photostats, microfilm, or other written information, in whatever form, which is in the custody or possession or under the control of the plaintiff.

1. Any and all records regarding employment by Giant Liquors of Jeffrey Daniels including but not limited to records of hours worked, job applications, job restrictions, medical records, injury reports, and job evaluations.

2. Any other documents regarding Jeffrey Daniels.