UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12030MLW

| | |
|---|---|
| JEFFREY DANIELS,<br>Plaintiff<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER<br>CORPORATION,<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF TAKING DEPOSITION**

TO:   George J. Cahill, Jr., Esquire
      Scott E. Perry, Esq.
      **CAHILL, GOETSCH & MAURER, P.C.**
      **43 Trumbull Street**
      **New Haven, CT 06510**

       Please take notice that on **Friday, February 24, 2006 at 10:00 a.m.,** at the offices of Morrison Mahoney LLP, 250 Summer Street, Boston, Massachusetts, the defendant/third-party plaintiff in this action, by its attorney, William Joseph Flanagan, will take the deposition upon oral examination of **Giant Liquors, 2731 Washington Street, Roxbury, MA 02119** according to the applicable provisions of Massachusetts Rules of Civil Procedure, before National Deposition Reporters, Notary Public in and for the Commonwealth of Massachusetts, or before some other officer authorized by law to administer oaths. The oral examination will continue from day to day until completed.

       You are invited to attend and cross-examine.

1167488v1

The defendant,<br>
By its Attorney,<br>
**MORRISON MAHONEY LLP**

Dated:_____

William Joseph Flanagan, BBO# 556598
250 Summer Street
Boston, MA 02210
(617) 439-7500

## CERTIFICATE OF SERVICE

I, William Joseph Flanagan, attorney for the defendant/third-party plaintiff, hereby certify that I have this day served the foregoing **Notice of Taking Deposition** to all counsel of record in this action by mailing same, postage prepaid to:

George J. Cahill, Jr., Esquire
Scott E. Perry, Esq.
CAHILL, GOETSCH & MAURER, P.C.
43 Trumbull Street
New Haven, CT 06510

Dated: 2/-/-/-6           Attorney:_____

1167488v1

2