UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12030MLW

| | |
|---|---|
| JEFFREY DANIELS,<br>Plaintiff<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER<br>CORPORATION,<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT, NATIONAL RAILROAD PASSENGER CORPORATION'S SECOND SET OF INTERROGATORIES TO BE ANSWERED BY THE PLAINTIFF, JEFFREY DANIELS

1. If plaintiff contends that the defendant violated any rule, statute, standard, or regulation, please provide complete factual detail of the basis for such contentions including a complete description of each and every fact relied upon, the witnesses upon whom plaintiff relies, and the detailed information each such witness is known to possess regarding any alleged failure, and the identification of each and every piece of physical evidence and document supporting the plaintiff's contentions.

2. If the plaintiff contends that the defendant should have designed the subject crossing differently, please provide complete factual detail of the basis for such contentions including a complete description of each and every fact relied upon, the witnesses upon whom plaintiff relies, and the detailed information each such witness is known to possess regarding any alleged failure, and the identification of each and every piece of physical evidence and documents supporting the plaintiff's contentions.

THE DEFENDANT,
NATIONAL RAILROAD PASSENGER CORPORATION
By its attorney,

/s/ Joseph Flanagan
William Joseph Flanagan BBO#556598
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
617-439-7500

1166464v1

## **CERTIFICATE OF SERVICE**

I, Joseph M. Desmond, do hereby certify that I have this day served the foregoing **DEFENDANT, NATIONAL RAILROAD PASSENGER CORPORATION'S SECOND SET OF INTERROGATORIES TO BE ANSWERED BY THE PLAINTIFF, JEFFREY DANIELS** to all counsel of record in this action by mailing the same, postage prepaid to:

George J. Cahill, Jr., Esquire
Scott E. Perry, Esq.
CAHILL, GOETSCH & MAURER, P.C.
43 Trumbull Street
New Haven, CT 06510

Date: 1/23/06           Attorney: _[signature]_

1166464v1

2