UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12030MLW

| | |
|---|---|
| JEFFREY DANIELS,<br>Plaintiff<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER<br>CORPORATION,<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## REQUEST A HEARING

The defendant requests a hearing on the plaintiff's motion to quash the defendant's deposition subpoena.

                                                    The defendant,
                                                  By its Attorney,
                                                  **MORRISON MAHONEY LLP**

                                                  */s/ William Joseph Flanagan*

Dated: March 2, 2006                William Joseph Flanagan, BBO# 556598
                                                  250 Summer Street
                                                  Boston, MA 02210
                                                  (617) 439-7500

Certificate of Service

I hereby certify that this document(s) filed
through the ECF system will be sent electronically
to the registered participants as identified on the
notice of Electronic Filing (NEF) and paper copies
will be sent to those indicated as non registered participants
on this 2nd day of March, 2006.

*/s/ William Joseph Flanagan*

William Joseph Flanagan, BBO#556598

1168491v1