UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12030MLW

| | |
|---|---|
| JEFFREY DANIELS, <br> Plaintiff | ) <br> ) <br> ) |
| v. | ) <br> ) |
| NATIONAL RAILROAD PASSENGER <br> CORPORATION, <br> Defendant | ) <br> ) <br> ) <br> ) |

**DEFENDANT'S MOTION TO ENLARGE TIME FOR DISCLOSURE
OF EXPERT REPORT**

The defendant moves to enlarge the time for disclosure of the defendant's expert report from February 28, 2006 to March 28, 2006.

As grounds, the defendant states that due to trial and vacations schedules of both defense counsel and its toxicologist, Brian Pape, Ph.D, the defendant has not been able to secure the needed report from Dr. Pape.

Dr. Pape is expected to testify that the test performed at the Milton Hospital Emergency Room on the day of the accident revealed that the plaintiff tested positive for cocaine use. Dr. Pape is expected to testify concerning the results of the test and the significance of the plaintiff's cocaine use. The defendant seeks an additional 30 days to provide the plaintiff with a copy of Dr. Pape's report.

The defendant does not seek a delay of the April 3, 2006 status conference. A trial date has not been set.

1169087v1

2

Respectfully submitted,
The defendant,
By its Attorney,
**MORRISON MAHONEY LLP**

*/s/ William Joseph Flanagan*
_____

Dated: March 2, 2006

William Joseph Flanagan, BBO# 556598
250 Summer Street
Boston, MA 02210
(617) 439-7500

Certificate of Service

I hereby certify that this document(s) filed
through the ECF system will be sent electronically
to the registered participants as identified on the
notice of Electronic Filing (NEF) and paper copies
will be sent to those indicated as non registered participants
on this 2nd day of March, 2006.

*/s/ William Joseph Flanagan*
_____
William Joseph Flanagan, BBO#556598

2

1169087v1