UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12030MLW

| | |
|---|---|
| JEFFREY DANIELS,<br>Plaintiff<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER<br>CORPORATION,<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF COMPLIANCE WITH UNITED STATES DISTRICT COURT RULE 7.1

I, William Joseph Flanagan, attorney for the defendant, National Railroad Passenger Corporation, hereby certify that I attempted to resolve the discovery issues regarding Defendant's Motion to Enlarge Time for Disclosure of Expert Report by speaking to plaintiff's counsel, Scott Perry, Esquire on April 6, 2006. We were unable to resolve this dispute and the instant motion is therefore necessary.

SIGNED UNDER THE PAINT AND PENALTIES OF PERJURY THIS 6th DAY OF APRIL, 2006.

Respectfully submitted,
The defendant,
By its attorney,

/s/ *William Joseph Flanagan*

William Joseph Flanagan, BBO#556598
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
(617)439-7500

1171841v1

<u>Certificate of Service</u>

I hereby certify that this document(s) filed
through the ECF system will be sent electronically
to the registered participants as identified on the
notice of Electronic Filing (NEF) and paper copies
will be sent to those indicated as non registered participants
on this 6th day of April, 2006.

*/s/ William Joseph Flanagan*
_____
William Joseph Flanagan, BBO#556598