# United States District Court
# District of Massachusetts

JEFFREY DANIELS,
    Plaintiff,

    V.                          CIVIL ACTION NO. 2004-12030-MLW

NATIONAL RAILROAD PASSENGER
    CORPORATION,
        Defendant.

## *ORDER OF REASSIGNMENT*

WOLF, C.J.

    At a conference on April 6, 2006, counsel for the parties stated on the record that their clients consented to have the above-styled case reassigned to Judge Collings all all purposes, including jury trial and the entry of judgment.

    Accordingly, pursuant to Title 28, U.S.C., Section 636(c), it is ORDERED that the above-styled case be, and it hereby is, REASSIGNED to United States Magistrate Judge Robert B. Collings for all purposes, including jury trial and the entry of judgment.

The Clerk is directed to REASSIGN the above-styled case to Magistrate Judge Collings.

Date: _April 6, 2006_____

/s/ Mark L. Wolf
MARK L. WOLF,
Chief U.S. District Judge.