**CAHILL, GOETSCH & MAURER, P.C.**
ATTORNEYS AT LAW
43 TRUMBULL STREET
NEW HAVEN, CT 06510
203-777-1000
FAX: 203-865-5904
www.trainlaw.com

SCOTT E. PERRY
scott@trainlaw.com

NEW YORK OFFICE:
ONE CROTON POINT AVENUE
CROTON-ON-HUDSON, NY 10520
914-271-9474
FAX: 914-271-9476

April 20, 2006

Magistrate Judge Robert Collings
U.S.D.C. District of Massachusetts
1 Courthouse Way, Ste. 2300
Boston, MA 02210

Re: Daniels v. Amtrak
    1:04-cv-12030

Dear Judge Collings:

Undersigned counsel conferred with defendant's attorney, Joseph Flanagan, this afternoon. The parties request that the Court schedule trial in the above-referenced matter during the week of September 11 or September 18, preferably the week of September 11. The week of July 10 is bad because the plaintiff's Supervisor, Patty Mallon, is on vacation and is unable to testify on behalf of the defendant.

With respect to the week's trial schedule, the parties propose a full day Tuesday, a half day Wednesday, a full day Thursday, and a full day Friday (if necessary). It is the parties' understanding that a jury will be picked on Monday and evidence will commence on Tuesday. If evidence commences on Monday, the parties request a half day for Monday.

Lastly, the plaintiff intends to videotape a trial deposition of his treating orthopedist, Dr. John F. Tilzey, at his office in June, July or August. The plaintiff intends to videotape his trial testimony because it will reduce expert fees, and because the doctor has been unable to commit to testify in Boston in September. Defense counsel has no objection to a *de bene esse* deposition of Dr. Tilzey provided that the plaintiff can provide defense counsel with a date or dates that do not conflict with his schedule.

Sincerely,

Scott E. Perry

cc: Joseph Flanagan