Received at: 10:01AM, 5/19/2006
Morrison Mahoney LLP  5/19/2006 10:00 AM   PAGE   2/002

OFFICE OF
B. COLLINGS
MAGISTRATE JUDGE

2006

UNITED STATES DISTRICT COURT
BOSTON, MASSACHUSETTS

**CAHILL, GOETSCH & MAURER, P.C.**
ATTORNEYS AT LAW
43 TRUMBULL STREET
NEW HAVEN, CT 06510
203-777-1000
FAX: 203-865-5904
www.trainlaw.com

SCOTT E. PERRY
scott@trainlaw.com

NEW YORK OFFICE:
ONE CROTON POINT AVENUE
CROTON-ON-HUDSON, NY 10520
914-271-9474
FAX: 914-271-9476

May 18, 2006

Magistrate Judge Robert Collings
United States District Court
District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Re:   *Jeffrey Daniels vs. National Railroad Passenger Corporation*
      1:04-cv-12030

Dear Judge Collings:

Undersigned counsel conferred this afternoon. The parties are able to try this matter during the week of October 30th.

With respect to the week's trial schedule, the parties propose a full day Tuesday, a half day Wednesday, a full day Thursday, and a full day Friday (if necessary). It is the parties' understanding that a jury will be picked on Monday and evidence will commence on Tuesday. If evidence commences on Monday, the parties request a half day for Monday.

Lastly, the parties have agreed to videotape a trial deposition of the plaintiff's treating orthopedist, Dr. John F. Tilzey, at his office on July 18, 2006.

Respectfully yours,           Respectfully yours,

Joseph Flanagan              Scott E. Perry