UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12030MLW

| | |
|---|---|
| JEFFREY DANIELS, <br> Plaintiff <br><br> v. <br><br> NATIONAL RAILROAD PASSENGER CORPORATION, <br> Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**JOINT MOTION TO EXTEND PRE-TRIAL DEADLINES**

The parties move to extend the deadline for filing the Pre-Trial Memorandum, currently scheduled for October 4, 2006, to October 11, 2006, and extend the deadline for filing of various motions, objections, and designations currently scheduled for October 11, 2006, to October 18, 2006. The parties are not seeking to reschedule the remaining scheduled events or trial date.

As grounds, defense counsel's trial schedule has been quite active over the past month, and defense counsel is in the process of preparing the instant case for trial in addition to other trials expected to take place in the next three weeks. Defense counsel's trial schedule over the subject five weeks has been, and is, as follows:

1.  Vargas v. DePina, Plymouth Superior Court, Civil Action No.: PLCV2002-00102, scheduled for trial on September 18, 2006 (continued).

2.  Guzman v. Meagher, Essex Superior Court, Civil Action No.: 01-1582D, scheduled for trial on September 19, 2006 (settled on September 15, 2006).

1187427v1

3. <u>Kneeland v. Source Equipment, Inc.</u>, Norfolk Superior Court, Civil Action No.: 04-01183A, scheduled for trial on October 2, 2006 (continued on September 29, 2006 and currently held).

4. <u>Milan v. Bally Total Fitness, Inc.</u>, Worcester District Court, Civil Action No.: 0362CV1430, scheduled for October 3, 2006 (settled).

5. <u>Salafia v. Horace Mann Insurance Company</u>, Lawrence District Court, Civil Action No.: 0318CV0797, scheduled for trial October 13, 2006.

6. <u>Coates v. Duffer's Golf, Inc.</u>, U.S. District Court, Civil Action No.: 03-11968GAO, scheduled for trial October 23, 2006.

All of the above listed trials have required extensive pre-trial preparation, some of which included expert depositions, and mediation.

Counsel have been in contact and anticipate being able to cooperatively prepare the joint pre-trial memorandum and identify the issues to be resolved at trial.

WHEREFORE, the parties request that this court extend the scheduling deadlines as requested above, or in any other manner preferred by the court.

| | |
|---|---|
| The Plaintiff,<br>Jeffrey Daniels,<br>By his attorney, | The Defendant,<br>National Railroad Passenger Corporation,<br>By its attorneys, |
| /s/ Scott E. Perry | /s/ William Joseph Flanagan |
| Scott E. Perry, Esq.<br>Cahill, Goetsch & Maurer, P.C.<br>43 Trumbull Street<br>New Haven, CT 06510 | William Joseph Flanagan, BBO#556598<br>Morrison Mahoney LLP<br>250 Summer Street<br>Boston, MA 02210<br>(617) 439-7500 |

1187427v1