UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

_____X

| | |
|---|---|
| JEFFREY DANIELS, | CIVIL ACTION |
|    Plaintiff | NO. 04-12030-MLW |
| VS. | |
| NATIONAL RAILROAD PASSENGER CORPORATION, | |
|    Defendant | OCTOBER 3, 2006 |

_____X

## OBJECTION TO JOINT MOTION

The plaintiff consents to a Joint Motion, at the defendant's request, to extend the deadline for filing the pre-trial memorandum from October 4th to October 11th. The plaintiff also consents to extend the deadline for various motions, objections and designations from October 11th to October 18th.

The plaintiff does _not_ consent to extending the deadline for filing the pre-trial memorandum to October 18th because he needs a week to review the defendant's list of exhibits before he has to file any objections he may have to them.

Respectfully submitted,

FOR THE PLAINTIFF, JEFFREY DANIELS

By _____
Scott E. Perry
George J. Cahill, Jr. (BBO #069480)
CAHILL, GOETSCH & MAURER, P.C.
43 Trumbull Street
New Haven, Connecticut 06510
(203) 777-1000

**CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2006, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
Scott E. Perry