UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

_____X

| | |
|---|---|
| Jeffrey Daniels | Civil Action<br>No: 04-12030-RBC |
| Plaintiff | |
| VS. | |
| National Railroad Passenger Corporation | OCTOBER 18, 2006 |
| Defendant | |

_____X

## PLAINTIFF'S DEPOSITION DESIGNATIONS

The plaintiff hereby designates the entire transcript of Dr. Tilzey's July 18, 2006 videotaped trial deposition, except the plaintiff seeks rulings on his objections on page 52 and page 82 Lines 17 through 22.

With respect to the objections on page 52, the plaintiff maintains his objections to the admissibility of the portions of the Milton Records that contain references to the plaintiff's drug test and the 1985 Milton Hospital Record on 402 and 403 grounds.

FOR THE PLAINTIFF,

BY _____
Scott E. Perry
George J. Cahill, Jr. (BBO #069480)
CAHILL, GOETSCH & MAURER, P.C.
43 Trumbull Street
New Haven, Connecticut 06511
(203) 777-1000

### CERTIFICATE OF SERVICE

Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
Scott E. Perry