

# APPLICATION FOR EMPLOYMENT

IT IS THE POLICY OF THE NATIONAL RAILROAD PASSENGER CORPORATION TO PROVIDE EMPLOYMENT, TRAINING, COMPENSATION, PROMOTION AND OTHER CONDITIONS OF EMPLOYMENT IN A MANNER WHICH IS IN ACCORDANCE WITH ALL LEGAL REQUIREMENTS REGARDING RACE, COLOR, RELIGION, NATIONAL ORIGIN, SEX, AGE, DISABILITY, OR VETERAN STATUS.

LAST NAME: Daniels
FIRST: Jeffery
M.I.: A.
JOB APPLYING FOR: B&D Mechanic
DATE OF APPLICATION: 7/29/97



### Please read carefully. Pre-Employment Statement

I certify that the information contained in this application is correct to the best of my knowledge. I understand that falsification of this information or failure to provide complete and accurate information are grounds for dismissal. I authorize the Employment/Professional/Personal references listed to give you any and all information concerning my previous employment and any pertinent information they may have. I voluntarily give Amtrak the right to make a thorough investigation of my past employment and activities, and I agree to cooperate in such investigation. I release from all liability or responsibility all persons, companies or corporations supplying any information to Amtrak. NOTE: In accordance with the FAIR CREDIT REPORTING ACT (Pre-Notification), I understand that as part of Amtrak's procedure for processing my application, an investigative report may be made whereby information is obtained through personal interviews with third parties, such as family members, business associates, financial sources, friends, neighbors, or others with whom I am acquainted. I understand that my employment with Amtrak is conditioned on successfully passing a physical examination, which will include a test to detect the presence of drugs and/or alcohol, and any future physical examinations as may be required by the Company. In consideration of my employment, I agree, if employed in a non-agreement position, that my employment and compensation can be terminated with or without cause, and with or without notice, at any time, at the option of either the Company or myself. I understand that no representative of Amtrak, other than the President or Assistant Vice President of Personnel, has any authority to enter into any agreement for employment for any specified period of time, or to make any agreement contrary to terms of this Pre-Employment Statement, or any Amtrak Policy.

APPLICANT'S SIGNATURE: *Jeffrey A. Daniels*
DATE: 7/29/97

77 BOS          1706

PLEASE PRINT OR TYPE ALL INFORMATION

| Field | Value |
|---|---|
| APPLICANT'S NAME | Jeffrey A. Daniels |
| PRESENT STREET ADDRESS | 258 Union Ave #17 |
| CITY | Framingham |
| STATE | MA |
| ZIP CODE | 01701 |
| PREVIOUS STREET ADDRESS | 23 Underwood Ave |
| CITY | Framingham |
| STATE | MA |
| ZIP CODE | 01701 |
| SOCIAL SECURITY NO. | 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 |
| HOME TELEPHONE NO. | (508) 626-0322 |
| BUSINESS PHONE NO. | (617) 427-6049 |
| ARE YOU AT LEAST 18 YEARS OF AGE? | YES ☒ NO ☐ |
| ARE YOU LEGALLY AUTHORIZED TO WORK IN THE UNITED STATES? | YES ☒ NO ☐ |

HAVE YOU PREVIOUSLY INTERVIEWED WITH AMTRAK? YES ☐ NO ☒
IF YES, DATE _____ LOCATION _____

WERE YOU EVER EMPLOYED BY AMTRAK? YES ☐ NO ☒
LOCATION LAST EMPLOYED _____ CITY _____ STATE _____ POSITION _____ DATE LAST EMPLOYED _____ DEPARTMENT _____

IF REQUIRED, CAN YOU WORK ANY SHIFT? YES ☒ NO ☐
ARE THERE ANY LIMITATIONS ON ANY HOURS YOU CAN WORK? YES ☐ NO ☒
ARE YOU WILLING AND ABLE TO TRAVEL (AS MAY BE REQUIRED) IF EMPLOYED? YES ☒ NO ☐
DO YOU HAVE A VALID DRIVERS LICENSE? YES ☒ NO ☐
ARE THERE ANY LIMITATIONS ON THE LOCATIONS YOU ARE WILLING TO WORK? IF YES, PLEASE SPECIFY. YES ☐ NO ☐

SALARY EXPECTED: Open
DATE AVAILABLE FOR EMPLOYMENT: A.S.A.P.

## EDUCATION

CIRCLE HIGHEST GRADE COMPLETED IN EACH SCHOOL CATEGORY
Grade School: 1 2 3 4 5 6 7 8
High School/VoTech: 9 10 11 12 / 1 2 3 4
College: 1 ②  3 4
Graduate School: 1 2 3 4

| LEVEL | DID YOU GRADUATE | DEGREE/MAJOR | SCHOOL NAME | LOCATION (CITY/STATE) |
|---|---|---|---|---|
| HIGH SCHOOL | ☒ YES ☐ NO | Diploma Business | West Roxbury High School | West Roxbury Mass |
| COLLEGE | ☐ YES ☒ NO | 3 yrs of a 5 year corp | Northeastern University | Boston Mass |
| GRADUATE SCHOOL | ☐ YES ☐ NO | | | |
| VOCATIONAL SCHOOL | ☐ YES ☐ NO | | | |
| OTHER | ☐ YES ☐ NO | | | |

PLEASE CHECK ALL SKILLS THAT YOU HAVE ACQUIRED:
- ☐ TYPING wpm _____
- ☐ SHORTHAND wpm _____
- ☐ WORD PROCESSING TYPE _____
- ☐ PROFESSIONAL LICENSE _____
- ☐ TRANSCRIBING MACHINE
- ☐ DATA ENTRY KEYSTROKE _____ Types of Equipment: _____
- ☐ COMPUTERS Types of Equipment: _____
- ☐ COMPUTER SOFTWARE TYPE: _____
- ☒ RAIL EQUIPMENT: SKILLS Operation of train
- ☒ WELDING TYPE: Rod Iron

OTHER SKILLS: _____

77 BOS    1707

DO YOU HAVE ANY RELATIVES EMPLOYED BY AMTRAK?   YES ☒   NO ☐
A RELATIVE IS A:
MOTHER, FATHER, MOTHER-IN-LAW, FATHER-IN-LAW, HUSBAND, WIFE, SON, DAUGHTER, SON-IN-LAW, DAUGHTER-IN-LAW, GRANDPARENT, GRANDCHILD, BROTHER, SISTER, BROTHER-IN-LAW, SISTER-IN-LAW, AUNT, UNCLE, NIECE, NEPHEW, STEPPARENT, STEPCHILD OF AN EMPLOYEE OR AN EMPLOYEE'S SPOUSE.

IF YES, PLEASE LIST:

| NAME | RELATIONSHIP | POSITION | LOCATION |
|---|---|---|---|
| Curtis Booker | cousin | Baggage Handler | So. Station |
| | | | |
| | | | |

PROFESSIONAL/PERSONAL REFERENCES

| NAME | ADDRESS | TELEPHONE NO. | OCCUPATION |
|---|---|---|---|
| Ruben Richardson | 2371 Washington St | (619) 445-5000 | Supervisor |
| Grover Long | 97 Hutchins St | (617) 448-6311 | Manager |
| Norma Hairston | 258 Union Ave | (617) 431-9144 | Office Manager |

HAVE YOU EVER:

BEEN CONVICTED OF A CRIME WHICH HAS NOT BEEN EXPUNGED OR REMOVE FROM YOUR RECORD?   ☐ YES   ☒ NO

BEEN DISCIPLINED OR DISCHARGED FOR ABSENTEEISM, TARDINESS, FAILURE TO NOTIFY YOUR COMPANY WHEN ABSENT, OR ANY OTHER ATTENDANCE-RELATED REASON?   ☐ YES   ☒ NO

BEEN DISCIPLINED OR DISCHARGED FOR THEFT, UNAUTHORIZED REMOVAL OF COMPANY PROPERTY, OR RELATED OFFENSES?   ☐ YES   ☒ NO

BEEN DISCIPLINED OR DISCHARGED FOR FIGHTING, ASSAULT, OR RELATED OFFENSES?   ☐ YES   ☒ NO

BEEN DISCIPLINED OR DISCHARGED FOR INSUBORDINATION?   ☐ YES   ☒ NO

BEEN DISCIPLINED OR DISCHARGED FOR POSSESSION OR USE OF ALCOHOL OR DRUGS AT WORK?   ☐ YES   ☒ NO

BEEN TERMINATED OR ASKED TO RESIGN FROM EMPLOYMENT FOR ANY REASON?   ☐ YES   ☒ NO

IF YOU ANSWERED YES TO ANY OF THE ABOVE QUESTIONS, PLEASE EXPLAIN.

PLEASE DESCRIBE ANY OTHER EXPERIENCES, SKILLS, LANGUAGES, OR QUALIFICATIONS WHICH YOU CONSIDER RELEVANT TO YOUR ABILITY TO PERFORM THE JOB FOR WHICH YOU ARE APPLYING.

NRPC 2187 (7/94)

**WE APPRECIATE YOUR INTEREST IN AMTRAK AND THE TIME YOU HAVE TAKEN TO PREPARE THIS APPLICATION.**

Please list all employment starting with your present or most recent employer. Also include relevant voluntary and /or part-time work experience. Use additional sheet(s) if necessary.

**PRESENT COMPANY:** Bonita Management
**STREET ADDRESS:** 67 Geneva ave
**CITY:** Dorchester
**STATE:** MA
**ZIP CODE:** 02126
**DATES EMPLOYED FROM:** 1-95 **TO:** Present
**SUPERVISOR'S NAME:** Pearl Blake
**TELEPHONE NO.:** (617) 427-6049
**YOUR JOB TITLE:** Maintenance Supervisor
**PRESENT SALARY:** 28,000 yr
**MAJOR DUTIES:** Purchasing of all materials, oversee of all contract jobs done on the properties, Supervising of 3 employees
**WHY DO YOU WISH TO CHANGE?** Looking for Better Security & Pay, Possibility of folding the Company
**MAY WE CONTACT THE ABOVE NOW?** YES ☑ NO ☐ IF NOT, WHEN?

**PRIOR COMPANY:** Goat Liquors
**STREET ADDRESS:** 2731 Washington st
**CITY:** Roxbury
**STATE:** MA
**ZIP CODE:** 02119
**DATES EMPLOYED FROM:** 91 **TO:** Present
**SUPERVISOR'S NAME:** Ruben Richardson
**TELEPHONE NO.:** (617) 445-5000
**YOUR JOB TITLE:** Asst. Manager (part time)
**SALARY:** 10,000 yr
**MAJOR DUTIES:** making sure store is ran properly, Recieving of stock, cashier
**REASON FOR LEAVING:** Looking for a more secure job with better benifits & wages.

**PRIOR COMPANY:** Humboldt Liquors
**STREET ADDRESS:** 207 Humboldt Ave.
**CITY:** Roxbury
**STATE:** MA
**ZIP CODE:** 02119
**DATES EMPLOYED FROM:** 89 **TO:** 91
**SUPERVISOR'S NAME:** Floyd Daniels
**TELEPHONE NO.:** (617) 445-5000
**YOUR JOB TITLE:** Gen. Manager (full time)
**SALARY:** 21,000
**MAJOR DUTIES:** Purchasing of all stock, shipping & recieving, payroll, Supervisor of 15 to 30 employees.
**REASON FOR LEAVING:** Aquired another job and move to another store (part time)

**PRIOR COMPANY:** Mass Bay Transit Authority (M.B.T.A)
**STREET ADDRESS:** 23 High st
**CITY:** Boston
**STATE:** MA
**ZIP CODE:** 02128
**DATES EMPLOYED FROM:** 88 **TO:** 89
**SUPERVISOR'S NAME:** ?
**TELEPHONE NO.:** ( ) ?
**YOUR JOB TITLE:** Motor man
**SALARY:** 30,000 yr
**MAJOR DUTIES:** Operation of Train (orange line)
**REASON FOR LEAVING:** Resigned and move to Atlanta.

77 BOS1708

# Amtrak

## PERSONNEL ACTION REQUEST

Conflict Of Interest? ☐ Yes ☐ No
Training Required? ☐ Yes ☐ No

### Current Information – Must Be Completed

| Payroll Area | Social Security Number | Personnel No. | LAST Name | | FIRST Name | M.I. |
|---|---|---|---|---|---|---|
| 05 | 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 | 13769 | Daniels | | Jeffrey | A |

| Job Code | Position Title | Department | Personnel Area | Band/Zone | Cost Center | Emp. Sub Group |
|---|---|---|---|---|---|---|
| WM105 | B&B Mechanic | NEC Engineering | NE06 | | 7063 | 17 |

### Action Requested – Must Be Completed

☐ New Hire
☐ Rehire/Reinstatement
☐ Transfer/Organization Change
☐ Transfer between Management/Union
☐ Salary Change
☐ Leave of Absence Paid (Union)
☐ Leave of Absence Paid (Management)
☒ Leave of Absence Unpaid
☐ Return from Leave
☐ Termination
☐ Retirement

### Action Reason Code

| Code | Reason | Effective Date |
|---|---|---|
| 01 | Medical Leave | Month 1 Day 17 Year 2003 |

### New Job Code and Salary Information

| Job Code | Position Title | | HOS ☐ Yes ☐ No | CDL ☐ Yes ☐ No | Position No. | Personnel Subarea | Band/Zone |
|---|---|---|---|---|---|---|---|
| Hire Date Month Day Year | Current Salary/Rate Of Pay $ | New Salary/Rate Of Pay $ | | | Work Hours (Part Time) | | |

### Job Assignment

| Cost Center | Function | Work Order No. | FIS Location | Payroll Area | Shift | Work Schedule | Gang | Site Code | Check Seq. |
|---|---|---|---|---|---|---|---|---|---|
| Work Phone No. | ATS No. | Original RR Hire Date Month Day Year | | | Prior RR Code | Personnel Area | Department | | |
| Emp Sub Group | Vacation Eligibility Date Month Day Year | | | Craft Seniority Date Month Day Year | | ARSA Hire Date Month Day Year | | | |

### Performance Evaluation Information – For Management Transactions Only

Last Performance Review Date: Month Day Year
Next Performance Review Date: Month Day Year

### Termination Information/Allowances – Must Complete For All Termination Actions

Allowances
Vacation Hours Due
Sick Hours Due
Severance Pay Due
Notice Pay Due

Eligible For Rehire? ☐ Yes ☐ No (Explain In Remarks)
Outstanding Advance? ☐ Yes ☐ No (Explain 'Yes' Answer In Remarks)
All Properties Collected? ☐ Yes ☐ No (Explain In Remarks)
Fill Vacant Position? ☐ Yes ☐ No

Short-Term Disability Benefits
First _____ days at 100% pay
_____ Days at 100% pay less RUIA   _____ Days at 80% pay less RUIA
RUIA Benefits at $_____ per day

Relocations
Approved for Benefits   Yes   No
Level of Benefits:   Tier I   Tier II   Tier III

Remarks

### Approval Signatures

Supervisor's Name
Signature: [signature]
Department Approval
John C. Ruggiero / Staff Engineer
Ψ
Date: 06/30/03

Phone No.
Date:

Human Resources Approval
Ψ [signature]
Date:
Entered By
Ψ WM
Date: 6/30/03

Instructions: Complete form, print and secure department approvals. Retain signed copy for department records and forward original to Amtrak Human Resources
NRPC 2000 (02/01) Word Template

JUL 0 2 2003
NEW ENGLAND DIVISION

77 BOS

1710