1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Volume I
Pages 1-94
Exhibits: None

. . . . . . . . . . . . . . . . . . .

JEFFREY DANIELS,

    Plaintiff

vs.                                    CIVIL ACTION
                                       NO. 04-12030MLW

NATIONAL RAILROAD PASSENGER
CORPORATION,

    Defendant

. . . . . . . . . . . . . . . . . . .

DEPOSITION OF JEFFREY A. DANIELS, taken on behalf of the Defendant, pursuant to the Federal Rules of Civil Procedure before Christina M. Bromley, Certified Shorthand Reporter, Registered Professional Reporter, a Notary Public within and for the Commonwealth of Massachusetts at Morrison Mahoney, 250 Summer Street, Boston, Massachusetts 02210, commencing at 1:10 PM on Tuesday, August 30th, 2005.


ELLEN M. FRITCH & ASSOCIATES
373 SILVER STREET
SOUTH BOSTON, MASSACHUSETTS 02127
617-269-5448

---

2

APPEARANCES:

MORRISON MAHONEY
[BY: W. JOSEPH FLANAGAN, ESQ.]
    250 Summer Street
    Boston, Massachusetts 02210
    For the Defendant

CAHILL, GOETSCH & MAURER
[BY: SCOTT E. PERRY, ESQ.]
    43 Trumbull Street
    New Haven, Connecticut 06510
    For the Plaintiff

---

3

              I N D E X

Deposition of:           Direct  Cross  Redirect
JEFFREY A. DANIELS
(by Mr. Flanagan)          5              89
(by Mr. Perry)                    85

---

4

            P R O C E E D I N G S

    (Whereupon the witness's identity was verified via his driver's license.)

    MR. FLANAGAN: Do you want to go with the usual stipulations?

    MR. PERRY: You don't have a problem just saying it by the Federal Rules of Civil Procedure, is that okay with you? Because generally I found they're relatively similar in many ways. I don't know exactly what your usual stips are.

    MR. FLANAGAN: I'll recite them if you'd like I mean.

    MR. PERRY: Sure.

    MR. FLANAGAN: Or you could just waive all stipulations and just go without any stipulations.

    MR. PERRY: But the stipulation that's pursuant to the Federal Rules of Civil Procedure.

    MR. FLANAGAN: Yes.

    MR. PERRY: Is that fine with you?

    MR. FLANAGAN: You don't want to reserve objections?

    MR. PERRY: Well, Federal Rules do allow you to do that.

    MR. FLANAGAN: You have to stipulate to it.



**13**

1  Q. When were they?
2  A. '79 to --
3  Q. '79?
4  A. -- '81.
5  Q. '81. Did you obtain any type of certificate or
6  anything?
7  A. No, sir.
8  Q. Are you working now?
9  A. Yes, sir.
10 Q. Where are you working?
11 A. Mass Bay Commuter Rail.
12 Q. And how long have you been with them?
13 A. Going on nine years.
14 Q. So that would include its predecessor company,
15 Amtrak?
16 A. Yes, sir.
17 Q. So were you previously employed by Amtrak?
18 A. Yes, sir.
19 Q. So the nine years is the total you've been
20 involved with the railroad?
21 A. With the railroad, yes, sir.
22 Q. And what's your position now?
23 A. B&B mechanic.
24 Q. And that stands for bridge and --

**14**

1  A. And building.
2  Q. Bridge and building mechanic. And is that the
3  same position you had when you were hired?
4  A. Yes, sir.
5  Q. What's your current rate of pay?
6  A. $20.85 an hour.
7  Q. And you're working Monday through Friday?
8  A. Yes, sir.
9  Q. And you had to take an afternoon off today?
10 A. Yes, sir.
11 Q. Did you work this morning?
12 A. Yes, sir.
13 Q. Who is your supervisor?
14 A. Patty Mallon.
15 Q. M-a-l-l-o-n?
16 A. Yes, sir.
17 Q. And how about your foreman?
18 A. Gary Marchand.
19 Q. And Gary, how long has he been your foreman?
20 A. About five years, if I'm not mistaken, sir.
21 Q. So you pretty much have been on the same crew for
22 five years?
23 A. Yes, sir.
24 Q. Who else is in that crew?

**15**

1  A. At this time it's just me and him.
2  Q. Where did you work before you worked for the
3  railroad?
4  A. Bonita Management.
5  Q. What's that?
6  A. It's a real estate management company.
7  Q. How long did you work for them?
8  A. Three years.
9  Q. What was your job there?
10 A. Purchases of merchandise -- of materials rather.
11 Q. Where was that located?
12 A. On Geneva Avenue.
13 Q. What kind of management were they, real estate
14 management?
15 A. Apartment complex.
16 Q. Are they still in business?
17 A. No.
18 Q. Did somebody else take over?
19 A. Another -- Another management company took over.
20 Q. Do you know the name of the place?
21 A. No, sir.
22 Q. And why did you leave?
23 A. My mother sold the building.
24 Q. Your mother was part owner of this company? 7

**16**

1  A. Yes.
2  Q. What's her name?
3  A. Christine Daniels.
4  Q. Where does she live?
5  A. North Carolina.
6  Q. She and your father are separated?
7  A. Yes.
8  Q. Are they divorced?
9  A. Yes.
10 Q. What's her maiden name?
11 A. Lewis, L-e-w-i-s.
12 Q. Have you ever been in the military?
13 A. No, sir.
14 Q. Have you ever been convicted of a crime?
15 A. Yes, sir.
16 Q. Can you tell me what.
17 A. DUI and possession of a controlled substance.
18 Q. When was the DUI?
19 A. 2001.
20 Q. Where?
21 A. Franklin, MA.
22 Q. And when you went to court, where did you go to
23 court, was that Wrentham District Court?
24 A. Wrentham District Court.

17

1  Q. Was there a trial or did you plead --
2  A. No trial.
3  Q. You pled guilty?
4  A. Pled guilty.
5  Q. What was the sentence or punishment?
6  A. A year probation.
7  Q. Were you in the course of your employment when
8  you were operating under the influence of alcohol?
9  A. Say that again, sir.
10    MR. FLANAGAN: Actually, strike that question.
11  Q. What was it that you were under the influence of,
12  was it alcohol or some medication --
13  A. Alcohol.
14  Q. -- or drugs or what?
15  A. Alcohol.
16  Q. And were you in the course of your work at the
17  time that you were arrested?
18  A. Say that again.
19  Q. Were you working at that particular time?
20  A. No, sir.
21  Q. It was after work?
22  A. Yes, sir.
23  Q. Weekend or something?
24  A. Weekend, sir.

18

1  Q. And what about the possession of the controlled
2  substance, where did that arrest occur?
3  A. Same time.
4  Q. That was the same offense?
5  A. Same offense.
6  Q. So you got pulled over for an OUI, and they
7  searched you and they found --
8  A. Controlled substance.
9  Q. -- a controlled substance?
10  A. Yes, sir.
11    MR. PERRY: Just let him finish his question.
12    THE WITNESS: I'm sorry, I apologize.
13  Q. Did you plead guilty to that as well?
14  A. Yes, sir.
15  Q. And what was the controlled substance?
16  A. Cocaine.
17  Q. And, again, the sentence was what?
18  A. Same as the other one, probation.
19  Q. Just one-year probation?
20  A. One-year probation.
21  Q. Where was the probation officer that you had to
22  report to?
23  A. Quincy.
24  Q. Was anybody with you at the time this happened?

19

1  A. No, sir.
2  Q. Have you been convicted of any other crimes other
3  than the 2001 OUI and possession of a controlled
4  substance?
5  A. Yes, sir.
6  Q. What?
7  A. OUI in 2003, Somerville.
8  Q. Any more?
9    MR. PERRY: Are you asking him about any more
10  convictions other than --
11    MR. FLANAGAN: Yes.
12  Q. Are there any more convictions other than the two
13  OUI convictions and the possession of a controlled
14  substance?
15  A. Within what time period?
16  Q. Well, at this point ever.
17  A. Yes.
18  Q. What?
19  A. Possession charge.
20  Q. When?
21  A. '90.
22  Q. Possession of what?
23  A. Marijuana.
24  Q. And what court?

20

1  A. Dorchester.
2  Q. Any other convictions besides the two OUI's,
3  possession of marijuana in 1990, and possession of a
4  controlled substance in 2001?
5  A. No, sir.
6  Q. That's it?
7  A. That's it.
8  Q. Those are all your convictions?
9  A. Yes, sir.
10  Q. All right. The OUI in 2003 in Somerville, were
11  you working at the time that you were arrested?
12  A. No, sir.
13  Q. Was the conviction for operating under the
14  influence of alcohol or some drug?
15  A. Of alcohol.
16  Q. Have you ever been a party to a lawsuit before,
17  meaning have you sued anybody or been sued?
18  A. Yes, sir.
19  Q. All right, tell me about that.
20  A. I believe it was October of 1991.
21    MR. PERRY: I object. That's a broad question.
22  Can you ask a more specific question other than "Tell me
23  about that."
24  Q. Okay, what was that lawsuit about?