UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12030RBC

| | |
|---|---|
| JEFFREY DANIELS,<br>Plaintiff<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER<br>CORPORATION,<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT'S LIMITED OPPOSITION TO THE PLAINTIFF'S MOTION *IN LIMINE* TO PRECLUDE EVIDENCE OF POST ACCIDENT DISCIPLINE

The defendant, National Railroad Passenger Corporation, ("the defendant") hereby files and serves its limited opposition to the plaintiff's Motion *In Limine* To Preclude Evidence Of Post Accident Discipline ("the plaintiff's motion") to the extent that the defendant does not assert that the post-accident discipline wholly precludes the plaintiff from seeking lost wages. However, the defendant reserves the right to introduce evidence concerning the plaintiff's post-accident discipline to the extent that such evidence is relevant to the amount in lost wages the plaintiff is seeking. As further grounds for the limited opposition, the defendant states as follows:

Following the subject incident, and after the plaintiff tested positive for cocaine metabolites, the plaintiff was required to undergo approximately 14 days of inpatient drug treatment. The defendant asserts that the plaintiff is not entitled to the lost wages that would have been accrued during these 14 days.[1] Therefore, evidence of post-accident discipline is

---

[1] The plaintiff's motion does not address this issue and therefore the defendant does not know if the plaintiff's lost wage claim includes wages "lost" during these 14 days.

1189580v1

relevant in calculating the plaintiff's lost wage claim. The probative value of such evidence, i.e. to determine the amount of lost wages, outweighs any potential prejudice.

WHEREFORE, the defendant, National Railroad Passenger Corporation, respectfully requests that this Court adopt all positions set forth in the instant limited opposition.

The Defendant,
National Railroad Passenger Corporation,
By its attorney,

*/s/William Joseph Flanagan*
_____
William Joseph Flanagan, BBO#556598
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

Certificate of Service

I hereby certify that this document(s) filed
through the ECF system will be sent electronically
to the registered participants as identified on the
notice of Electronic Filing (NEF) and paper copies
will be sent to those indicated as non registered participants
on this 25th day of October, 2006.

*/s/ William Joseph Flanagan*
_____
William Joseph Flanagan, BBO#556598

2

1189580v1