UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12030MLW

| | |
|---|---|
| JEFFREY DANIELS, <br> Plaintiff <br><br> v. <br><br> NATIONAL RAILROAD PASSENGER CORPORATION, <br> Defendant | ) ) ) ) ) ) ) ) ) ) ) |

### DEFENDANT'S RULE 26(a) DISCLOSURES

Now Comes the defendant, pursuant to Fed. R. Civ. P. 26(a), and respectfully provides its initial disclosures.

**A.   WITNESSES**

1) Patricia Mallon, Amtrak supervisor and member of the Amtrak accident investigation committee (address unknown) – Patricia Mallon is expected to testify about her observations of the plaintiff immediately after the alleged accident and about the subsequent investigation.

2) Dana Rodricks, member of the Amtrak accident investigation committee (address unknown) – Dana Rodricks is expected to testify about the results of the investigation into the plaintiff's alleged accident.

3) James Teague, member of the Amtrak accident investigation committee (address unknown) – James Teague is expected to testify about the results of the investigation into the plaintiff's alleged accident.

1124419v1

4) Joe Mello, operator of the High Rail Truck (address unknown) – Joe Mello is expected to testify about his responsibilities as a High Rail Truck operator and the specific facts of this alleged incident.

5) Gary Marchand, Amtrak employee and first person to respond to the alleged accident scene (address unknown) – Gary Marchand is expected to testify about his observations of the plaintiff and the alleged accident scene.

6) A representative from Milton Hospital is expected to testify about the plaintiff's positive drug test.

7) An Amtrak representative will testify about the company's drug and alcohol testing program.

8) An Amtrak representative will testify about proper safety procedures related to placing a High Rail Truck onto its track.

9) An Amtrak representative will testify about the plaintiff's salary and benefits.

The defendant reserves the right to call any individual listed on the plaintiff's witness list to testify at trial. The defendant's investigation is ongoing, and the defendant reserves the right to supplement its witness list prior to trial.

**B.    DOCUMENTS**

1) The defendant has produced the plaintiff's medical records from Milton Hospital and Lahey Clinic. The defendant reserves the right to subpoena the plaintiff's remaining medical records, if any, and reserves the right to introduce the records at trial.

2) The defendant has provided the plaintiff with the Amtrak investigative reports and the reports related to the plaintiff's failed drug test. The defendant reserves the right to

1124419v1

introduce the plaintiff's Amtrak attendance records, performance reports, compensation records, and any other documents related to the plaintiff's employment at Amtrak. The defendant is continuing to compile these documents, and they will be made available to the plaintiff's attorney.

3) The defendant will subpoena the additional medical records, if any, related to the plaintiff's positive drug test and reserves the right to introduce the records at trial.

4) The defendant reserves the right to introduce at trial any documents kept by Amtrak in the ordinary course of business related to the company's safety procedures and the plaintiff's training. Such records will be made available to the plaintiff's attorney.

The defendant's investigation is ongoing, and the defendant reserves the right to supplement its document list prior to trial.

C. **INSURANCE AGREEMENT**

The defendant is self insured.

Respectfully Submitted,

The Defendant,
By its Attorneys,

_____
Lawrence F. Boyle, BBO # 052680
Christopher W. Spring, BBO # 650734
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
617-439-7500

DATED: _____

1124419v1

## CERTIFICATE OF SERVICE

I, Lawrence F. Boyle, certify that the foregoing **Defendant's Rule 26(a) Disclosures**, was mailed, postage prepaid, to the plaintiff's attorney of record:

George J. Cahill, Jr.
Cahill, Goetsch & Maurer, P.C.
43 Trumbull Street
New Haven, CT 06510


Signed this ____ day of March, 2005.


_____
Lawrence F. Boyle

1124419v1