UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12030MLW

JEFFREY DANIELS,
Plaintiff

v.

NATIONAL RAILROAD PASSENGER CORPORATION,
Defendant

**DEFENDANT, NATIONAL RAILROAD PASSENGER CORPORATION'S RESPONSES TO THE PLAINTIFF'S AMENDED FIRST SET OF REQUEST FOR DOCUMENTS**

**Request No. 1**

The Defendant's Medical Department's/Occupational Health Services Department's full and complete medical file pertaining to the plaintiff, including but not limited to all notes, reports, emails, telephone logs, medical questionnaires and correspondence pertaining to the plaintiff.

**Response No. 1**

The medical file has been requested and this response will be supplemented.

**Request No. 2**

All invoices, bills, receipts, or other documents evidencing medical and other services rendered to the plaintiff in connection with medical examinations or treatment for his alleged injuries resulting from the accident.

**Response No. 2**

Objection: plaintiff's counsel is presumably in possession of all such documents. Notwithstanding and without waiving the foregoing objections, the defendant's produces bills and reports that allegedly pertain to the subject accident in the attached Exhibit "A".

**Request No. 3**

The Defendant's Claim Department's full and complete medical files, documents, notes and reports pertaining to the plaintiff, including but not limited to any and all prior injuries or claims, as well as the injury which forms the basis of the present complaint.

**Response No. 3**

Objection: this request is overly broad in that it seeks documents that contain the work product and/or mental impressions of the defendant's representatives. Notwithstanding and without waiving the foregoing objections, the defendant states: please see response to request for productions No. 2 (Exhibit "A"). See also documents concerning alcohol and drug testing attached as Exhibit "E".

**Request No. 4**

The Defendant's Personnel Department's full and complete personnel file pertaining to the plaintiff, including but not limited to any and all accident and injury reports pertaining to any prior injuries or claims.

**Response No. 4**

The personnel file has been requested and this response may be supplemented.

**Request No. 5**

The Defendant's Vocational Assistance Program's and the Defendant's department responsible for compliance with the Americans with Disabilities Act (ADA) full and complete files pertaining to the plaintiff including but not limited to all correspondence with or about the plaintiff.

**Response No. 5**

Not applicable.

**Request No. 6**

All medical, hospital, x-ray, MRI, and CT Scan records, reports, bills and treatment notes from any hospitals or physicians or other healing practitioners which you or your attorney obtained concerning any injuries or illnesses ever suffered or sustained by the plaintiff.

**Response No. 6**

See responses to request for production documents Nos. 2 & 3, and Exhibit "A" attached hereto.

Respectfully submitted,

NATIONAL RAILROAD
PASSENGER CORPORATION

By its Attorneys,

Joseph Flanagan, BBO #556598
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
617-439-7500

DATED: 5/23/05

## CERTIFICATE OF SERVICE

I, William Joseph Flanagan, attorney for the defendant, hereby certify that I have this day served the foregoing **Defendant's Responses to the Plaintiff's Amended first Set of Request for Documents** to all counsel of record in this action by mailing same, postage prepaid to:

George J. Cahill, Jr., Esquire
CAHILL, GOETSCH & MAURER, P.C.
43 Trumbull Street
New Haven, CT 06510

Dated: 5/23/05 Attorney:

# Alcohol Testing Form (Non-DOT)

(The instructions for completing this form are on the back of Copy 3)

**STEP 1: TO BE COMPLETED BY ALCOHOL TECHNICIAN**

A: Employee Name (Print) (First, M.I., Last): JEFFREY A DANIELS

B: SSN or Employee ID No.: 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

C: Employer Name: AMTRAK

Street: AMTRAK MEDICAL/30th STREET STATION

City, ST ZIP: PHILADELPHIA, PA 19104

DER Name and Telephone No.: MARIANNE LETTERIO 617 2225336

DER Name — DER (Area Code & Phone Number)

D: Reason for Test: ☐ Random ☐ Reasonable Susp. ☒ Post-Accident ☐ Return to Duty ☐ Follow-up ☐ Pre-employment

**STEP 2: TO BE COMPLETED BY EMPLOYEE**

I certify that I am about to submit to alcohol testing and that the identifying information provided on the form is true and correct.

x [signature] — Signature of Employee

Date: 7/19/2002 (Month / Day / Year)

**STEP 3: TO BE COMPLETED BY ALCOHOL TECHNICIAN**

(If the technician conducting the screening test is not the same technician who will be conducting the confirmation test, each technician must complete their own form.) I certify that I have conducted alcohol testing on the above named individual, that I am qualified to operate the testing device(s) identified, and that the results are as recorded.

TECHNICIAN: ☒ BAT ☐ STT DEVICE: ☐ SALIVA ☒ BREATH* 15-Minute Wait: ☐ Yes ☐ No

SCREENING TEST: *(For BREATH DEVICE* write in the space below only if the testing device is not designed to print.)*

| Test # | Testing Device Name | Device Serial # OR Lot # & Exp. Date | Activation Time | Reading Time | Result |
|---|---|---|---|---|---|
| | | | | | |

CONFIRMATION TEST: *Results MUST be affixed to each copy of this form or printed directly onto the form.*

REMARKS:

Alcohol Technician's Company: MILTON HOSPITAL/A SHIRKEY

Company Street Address: 92 HIGHLAND ST

(PRINT) Alcohol Technician's Name (First, M.I., Last): MARIA L GABRIEL

Company City, State, Zip: MILTON, MA 02186

Phone Number (Area Code & Number): 617-696-4600X 1

[signature] — Signature of Alcohol Technician

Date: 7/19/2002 (Month / Day / Year)

**STEP 4: TO BE COMPLETED BY EMPLOYEE IF TEST RESULT IS POSITIVE**

I certify that I have submitted to the alcohol test, the results of which are accurately recorded on this form. I understand that I must not drive, perform safety-sensitive duties, or operate heavy equipment because the results are positive.

Signature of Employee — Date (Month / Day / Year)

COPY 2 - EMPLOYEE RETAINS

471-FS-C3 (Rev. 6/01) 6363

**Intoximeter AlcoSensor IV Test Result**

This Screening Test Performed 7/19/02 at 15:02

Subject ID#: 015549444

ASIV Serial #: 022693 EBT Mode: Auto Sample

Test Number: 00000364 Temperature: 21 °C

**Result: .000**

Affix Or Print — Screening Results Here — Affix With Tamper Evident Tape — Affix Or Print — Confirmation Results Here — Affix With Tamper Evident Tape — Affix Or Print — Additional Test Results

…ING CUSTODY AND CONTROL FORM (NON FEDERAL TESTING)

300182051 CLIENT ACCOUNT NO. AMTRAK - NEC

SPECIMEN ID NO.

Amtrak®

NORTHWEST DRUG TESTING
A DIVISION OF NWT. Inc.
1141 EAST 3900 SOUTH, SUITE A-110
SALT LAKE CITY, UTAH 84124
(801) 293-2300 FAX (801) 263-3605

…LETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE

LABORATORY ACCESSION NO.

…Name, Address, I.D. No. Ph: (215)349-2389
…RIANNE LETTERIO RN
AMTRAK - NEC
…005 MARKET ST STE 510
PHILADELPHIA PA 19103

B. MRO Name, Address, Phone and Fax No.
DR. ROBERT MCLEAN
EMPLOYEE HEALTH PROGRAMS
P O BOX 1556
BETHESDA MD 20827
Ph: (800)684-4448 Fax: (800)371-7168

…onor SSN or Employee I.D. No. 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 Donor ID Verified: ☒ Photo ID ☐ Signature of employee representative

…eason for Test: ☐ Pre-employment (Non Hours of Service) ☐ Random ☐ Reasonable Suspicion (Non Hours of Service) ☐ Rule Violation ☒ Accident / Incident ☐ Return to Duty ☐ Follow-Up ☐ Fitness for Duty ☐ Periodic

Drug Tests to be Performed: ☐ THC, COC, PCP, OPI, AMP ☐ THC & COC Only ☐ Other (specify)

…ollection Site Address:
MILTON HOSP OCCUP HEALTH SVCS
92 HIGHLAND ST 2ND FLR
MILTON MA 02186

Collector Phone No. (617)696-4600
Collector Fax No. (617)698-1232

…TEP 2: COMPLETED BY COLLECTOR

Read specimen temperature within 4 minutes. Is temperature between 90° and 100° F? ☒ Yes ☐ No, Enter Remark

Specimen Collection: ☒ Split ☐ Single ☐ None Provided (Enter Remark) ☐ Observed (Enter Remark)

REMARKS

STEP 3: Collector affixes bottle seal(s) to bottle(s). Collector dates seal(s). Donor initials seal(s). Donor completes STEP 5 on Copy 2 (MRO Copy)

STEP 4: CHAIN OF CUSTODY - INITIATED BY COLLECTOR AND COMPLETED BY LABORATORY

*I certify that the specimen identified on this form is the specimen presented to me by the donor providing the certification on Copy 2 of this form, that it bears the same specimen identification number as that set forth above, and that it has been collected, labeled, sealed and released to the Delivery Service noted in accordance with Amtrak policy which corresponds to Federal statutes and requirements concerning specimen collection.*

X [signature] Signature of Collector — 3:50 AM/PM Time of Collection

Mona E Gabriel (PRINT) Collector's Name (First, MI, Last) — 1/11/02 Date (Mo./Day/Yr.)

SPECIMEN BOTTLE(S) RELEASED TO: [handwritten] Name of Delivery Service Transferring Specimen to Lab

RECEIVED AT LAB:

X Signature of Accessioner

(PRINT) Accessioner's Name (First, MI, Last) — / / Date (Mo./Day/Yr.)

Primary Specimen Bottle Seal Intact ☐ Yes ☐ No, Enter Remark Below

SPECIMEN BOTTLE(S) RELEASED TO:

STEP 5: COMPLETED BY DONOR

*I certify that I provided my urine specimen to the collector; that I have not adulterated it in any manner; that each specimen bottle used was sealed with a tamper-evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct. I authorize NWT Inc. to conduct validity testing and drug testing and to report results to my employer or potential employer who require this testing.*

X [signature] Signature of Donor — JEFFREY DANIELS (PRINT) Donor's Name (First, MI, Last) — 7/19/02 Date (Mo. / Day / Yr.)

Daytime Phone No. (617) 697-6778 Evening Phone No. (781) 229-8550 Date of Birth 02/24/59 Mo. Day Yr.

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5). — DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN

*My determination/verification is:*

☐ NEGATIVE ☐ POSITIVE ☐ TEST CANCELLED ☐ REFUSAL TO TEST BECAUSE:
☐ DILUTE ☐ ADULTERATED ☐ SUBSTITUTED

REMARKS

X Signature of Medical Review Officer — (PRINT) Medical Review Officer's Name (First, MI, Last) — / / Date (Mo./Day/Yr.)

STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN

*My determination/verification for the split specimen (if tested) is:*

☐ RECONFIRMED ☐ FAILED TO RECONFIRM - REASON

X Signature of Medical Review Officer — (PRINT) Medical Review Officer's Name (First, MI, Last) — / / Date (Mo./Day/Yr.)

COPY 5 - DONOR COPY

**Amtrak®**

# Drug and Alcohol Testing Notification Form

***Important Note: First, meet all testing criteria, then test employee immediately.***

| Employee Name | Employee Number | Date of Test: | Time of Test: |
|---|---|---|---|
| Jeffery Daniels | 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 | 7/19/02 | 4:15 P.M |
| **Employee Job Title** | **Hours of Service:** | **Work Location:** | **Commuter Service (If Applicable)❶** |
| B&B Mechanic | ☒ Yes ☐ No | Readville | |

❶ **Commuter Services**: Connecticut Dot (CDOT); MBTA; VRE; MARC; Metrolink (SCRRA); Peninsula (PCS); Coaster (SDNR)

**Reason for Testing Employee (check one):** **Refer to PERS-19 for Additional Information**

## For Cause:

☒ Accident/Injury (drug and alcohol) use Non-DOT/Company forms.

☐ Rule Violation (drug and alcohol) use Non-DOT/Company forms.

☐ Reasonable Suspicion (drug and/or alcohol-depending on the suspicion) use Non-DOT/Company forms; ***Except*** if the employee is "hours of service" and was assigned to perform or was performing covered service at the time of the suspicion, use **DOT/Federal** Forms. If a test is not conducted within 2 hours of the determination to test (maximum 8 hours), write a statement indicating the reason for the delay and attach it to this form.

☐ Alcohol ☐ Drugs ☐ Drugs and Alcohol

## FRA Post Accident:

The following four tests are to be performed using the "FRA Post-Accident Toxicological Box". Administer the test(s) promptly. If not administered within 4 hours, proceed with testing procedures and write a statement indicating the reason(s) for the delay and attach it to this form.

☐ Major Train Accident Test all crew members of trains involved plus any other "hours of service" employee(s) directly and contemporaneously involved in the circumstances of the accident. Test any on-duty railroad ["hours-of-service" and "non-hours-of-service"] employees fatally injured in the accident.

☐ Impact Accident ☐ Fatal Train Incident ☐ Passenger Train Accident

Test all crew members of trains involved plus any other "hours of service" employees directly and contemporaneously involved in the circumstances of the accident, ***except*** employees who the responding supervisor can immediately determine, based on specific information, had no role in the cause or severity of the accident/incident. Test any on-duty railroad ["hours-of-service" and "non-hours-of-service"] employees fatally injured in the accident.

## FHWA Post-Accident

☐ An employee holding a commercial drivers license (CDL) required by Amtrak ***and*** was involved in a FHWA reportable accident must be urine drug ***and*** breath alcohol tested, within 2 hours of the accident (8 hr. max for alcohol, 32 hrs. for drug), using **DOT/Federal** testing forms. If tests are not conducted within 2 hours of the accident, write a statement indicating the reason for delay and attach it to this form.

## FHWA Reasonable Suspicion

☐ (Drug and/or alcohol-depending on the suspicion). If the employee is required by Amtrak to hold a CDL and is performing CDL functions at the time of the suspicion, a **DOT/Federal** testing form **MUST** be used. If an alcohol test is not conducted within 2 hours of the determination to test, write a statement indicating the reason for the delay and attach it to this form.

☐ Alcohol ☐ Drugs ☐ Drugs and Alcohol

**Please Print Clearly**

| Medical Facility Representative | Medical Facility Rep. Telephone No. | | |
|---|---|---|---|
| Mana Gabrel | Milton Hospital 6176964600 Ext 1681 | | |
| **Name of Medical Facility Performing Collection** Milton Hospital | | | |
| **Amtrak Supervisor's Name:** Patricia Mallon | **Amtrak Supervisor's Signature** Patricia Mallon | | |
| **Amtrak Supervisor's Title** Roadmaster | **Amtrak Supervisor's Telephone Number** 617-222-5336 | **Amtrak Supervisor's Pager Number** | **Amtrak Supervisor's Cell Phone Number** 617-590-9828 |

**Distribution:**

**WHITE**: Fax immediately to 202-906-2786 (ATS 777-2786), Attn: Drug and Alcohol Programs
**Yellow**: General/Facility Manager
**PINK**: Requesting Supervisor

NRPC 2744 (6/99)

OMPANY JUL. 19. 2002 5:15PM STOP AMTRAK READVILLE M (NON FEDERAL TESTING) NO. 946 P. 9/9

30016205

SPECIMEN ID NO.

CLIENT ACCOUNT NO. ATK042BC

AMTRAK - NEC

**Amtrak®**

A DIVISION OF NWT, Inc.
1141 EAST 3900 SOUTH, SUITE A-
SALT LAKE CITY, UTAH 84124
(801) 293-2300 FAX (801) 263-3605

LABORATORY ACCESSION NO.

**STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**

A. Employer Name, Address, I.D. No. PH: (215)349-2320
MARIANNE LETTERIO 3M
AMTRAK - NEC
2005 MARKET ST STE 610
PHILADELPHIA PA 19103

B. MRO Name, Address, Phone and Fax No.
DR. ROBERT MCLEAN
EMPLOYEE HEALTH PROGRAMS
P O BOX 1556
BETHESDA MD 20827
Ph: (800)664-4445 Fax: (800)371-7108

C. Donor SSN or Employee I.D. No. 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 Donor ID Verified: ☒ Photo ID ☐

D. Reason for Test: ☐ Pre-employment (Non Hours of Service) ☐ Random ☐ Reasonable Suspicion (Non Hours of Service) ☐ Rule Violation ☒ Accident / Incident ☐ Return to Duty ☐ Follow-Up ☐ Fitness for Duty ☐ Periodic

E. Drug Tests to be Performed: ☐ THC, COC, PCP, OPI, AMP ☐ THC & COC Only ☐ Other (specify)

F. Collection Site Address:
MILTON HOSP OCCUP HEALTH SVCS
92 HIGHLAND ST 2ND FLR
MILTON MA 02186

Collector Phone No. (617)696-4600

Collector Fax No. (617)698-1232

**STEP 2: COMPLETED BY COLLECTOR**

Read specimen temperature within 4 minutes. Is temperature between 90° and 100° F? ☒ Yes ☐ No, Enter Remark

Specimen Collection: ☒ Split ☐ Single ☐ None Provided (Enter Remark) ☐ Observed (Enter Remark)

REMARKS

**STEP 3:** Collector affixes bottle seal(s) to bottle(s). Collector dates seal(s). Donor initials seal(s). Donor completes STEP 5 on Copy 2 (MRO Copy)

**STEP 4: CHAIN OF CUSTODY - INITIATED BY COLLECTOR AND COMPLETED BY LABORATORY**

*I certify that the specimen identified on this form is the specimen presented to me by the donor providing the certification on Copy 2 of this form, that it bears the same specimen identification number as that set forth above, and that it has been collected, labeled, sealed and released to the Delivery Service noted in accordance with Amtrak policy which corresponds to Federal statutes and requirements concerning specimen collection.*

X [signature] — Signature of Collector

[handwritten name] — (PRINT) Collector's Name (First, MI, Last)

[handwritten] AM/PM — Time of Collection

7/19/02 — Date (Mo./Day/Yr.)

**SPECIMEN BOTTLE(S) RELEASED TO:** [handwritten] — Name of Delivery Service Transferring Specimen to Lab

**RECEIVED AT LAB:**

Signature of Accessioner

(PRINT) Accessioner's Name (First, MI, Last) — Date (Mo./Day/Yr.)

**Primary Specimen Bottle Seal Intact** ☐ Yes ☐ No, Enter Remark Below

**SPECIMEN BOTTLE(S) RELEASED TO:**

**STEP 5: COMPLETED BY DONOR**

*I certify that I provided my urine specimen to the collector; that I have not adulterated it in any manner; that each specimen bottle used was sealed with a tamper-evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct. I authorize NWT Inc. to conduct validity testing and drug testing and to report results to my employer or potential employer who require this testing.*

X [signature] — Signature of Donor

JEFFREY DANIELS — (PRINT) Donor's Name (First, MI, Last)

7/19/02 — Date (Mo. / Day / Yr.)

Daytime Phone No. (617) 697-6778 Evening Phone No. (781) 229-8356 Date of Birth 02/24/59 (Mo. Day Yr.)

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5). — DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

**STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN**

*My determination/verification is:*

☐ NEGATIVE ☐ POSITIVE ☐ TEST CANCELLED ☐ REFUSAL TO TEST BECAUSE:
☐ DILUTE ☐ ADULTERATED ☐ SUBSTITUTED

REMARKS

X Signature of Medical Review Officer — (PRINT) Medical Review Officer's Name (First, MI, Last) — Date (Mo./Day/Yr.)

**STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN**

*My determination/verification for the split specimen (if tested) is:*

☐ RECONFIRMED ☐ FAILED TO RECONFIRM - REASON

X Signature of Medical Review Officer — (PRINT) Medical Review Officer's Name (First, MI, Last) — Date (Mo./Day/Yr.)

COPY 5 DONOR COPY

PRESS HARD - YOU ARE MAKING MULTIPLE COPIES

# AMTRAK RULE G WAIVER AGREEMENT

***IMPORTANT:*** **This Rule G Waiver will not be valid unless the charged employee is eligible to enroll in the Employee Assistance Program. Therefore, the responsible management supervisor must advise the employee about the following enrollment conditions.**

1. **The employee has not been charged with violating Rule G and enrolled in the EAP since March 1, 1986 (February 6, 1986, for Hours-of-Service employees).**
2. **The employee has not been enrolled in the EAP as a Rule G violator within the previous 10-year period. (Not applicable until 1996)**
3. **The employee has not had a positive drug screen during a company physical examination.**

**The responsible management employee must also contact Amtrak EAP Headquarters at (202) 906-4160 (ATS 777-4160) leaving his/her name and the employee's name and social security number. If there is no response within 48 hours, he/she should contact the local EAP Counselor to determine eligibility.**

I desire to waive my right to an investigation/trial under the applicable collective bargaining agreement in connection with the following charge:

While on duty and under pay as a Bridge and Building Department Mechanic it is alleged that you tested positive on a company drug screen on July 19, 2002. This is a direct violation of Amtrak's Standard of Excellence "Alcohol and Drugs". This activity was reported to Amtrak on Tuesday, July 23 at that time you were medically disqualified.

I admit that I violated Rule G as charged. I understand I am being withheld from service without pay except for medical coverage, vacation entitlement, compensatory time and other benefits to which I am entitled, pending my successful completion of treatment as recommended by the Employee Assistance Program Counselor or his/her designated representative. I agree to contact the EAP Counselor within 10 days from the date I sign this waiver and to follow his/her recommendations; should I fail to do so, I will accept discipline of dismissal for the above violation of Rule G.

I understand that after successfully completing the initial treatment plan recommended by the EAP Counselor, I will be dismissed from service unless I comply with the following requirements:

1. After completing the initial treatment plan, I must undergo and pass any medical examination required by company policy. I understand medical examinations may include testing a sample of my urine for the presence of drugs and/or testing my breath for the presence of alcohol.

2. I must maintain periodic contact with the EAP Counselor for a two-year period after successfully completing the initial treatment program, if directed to do so by said EAP Counselor.

3. I must adhere to any continuing care plan prescribed by the EAP Counselor.

4. I must submit to and pass a drug and/or alcohol test by urine and/or breath sample at least four times a year for the first two years of active service following my return to duty. I further understand that if I test positive in any future drug/alcohol test, including tests taken as part of any physical examination, I will be dismissed from all Amtrak service.

Jeffrey A. Daniels
Employee Name (printed)

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
Employee Social Security Number

[signature]
Employee Signature

9/24/02
Date

Patricia Mallon
Management Supervisor Signature

9/24/02
Date

EAP Counselor Signature
(To be signed upon initial contact with employee)

Date

White - Employee; Canary - EAP Counselor; Pink - Supervisor; Goldenrod - Division Occupational Health Nurse

NRPC 2585 (10/91)