UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12030MLW

| | |
|---|---|
| JEFFREY DANIELS,<br>Plaintiff<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER<br>CORPORATION,<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT'S SUPPLEMENTAL ANSWERS TO EXPERT INTERROGATORIES

### Interrogatory No. 15

Identify the names and addresses of all witnesses, including experts, you intend to present at trial.

### Answer No. 15

The defendant is not yet aware of which witnesses will be called to testify at trial. This information will be provided in response to an applicable pre-trial order of the United States District Court.

### Supplemental Answer No. 15

The defendant may call Brian Pape, Ph.D, 20 Tiger Road, Hudson, New Hampshire 03051. Dr. Pape is a toxicologist and is expected to testify concerning his education, training, and experience as a toxicologist. He will testify in the area of the affects of drug use, common drug testing, and the affects of drugs, particularly cocaine. Dr. Pape is expected to testify concerning the test that was utilized on the date of the accident that detected cocaine use by the plaintiff. Dr. Pape is expected to testify in accordance with his report, which is forthcoming and this response will be supplemented.

1169096v1

Signed under the pains and penalties of perjury this 6th day of March, 2006.

                                          National Railroad
                                          Passenger Corporation

                                   By: _____
                                        C.F. Kleycamp
                                        Manager of Claims
                                        50 Union Avenue, 4th Floor West
                                        New Haven, CT 06519

As to Objections

_____
William Joseph Flanagan, BBO#556598
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

1169096v1

## CERTIFICATE OF SERVICE

I, William Joseph Flanagan, attorney for the defendant, hereby certify that I have this day served the foregoing **Defendant's Answer to Plaintiff's Amended First Set of Interrogatories** to all counsel of record in this action by mailing same, postage prepaid to:

George J. Cahill, Jr., Esquire
CAHILL, GOETSCH & MAURER, P.C.
43 Trumbull Street
New Haven, CT 06510

Dated: 3/14/06     Attorney: W. Joseph Flanagan

1169096v1