JUN. 13. 2005  1:47PM     AMTRAK Health Services                              NO. 2932   P. 2



P.O. Box 2430
Bethesda, MD 20827
(301) 571-0067
Fax: (301) 571-0097

# MEDICAL REVIEW OFFICER
# DRUG TEST RESULTS

| COMPANY | |
|---|---|
| Amtrak North East Corridor<br>Atk0424c Milton Hospital,<br>2005 Market St<br>#510<br>Philadelphia Pa 19103<br>ATTN: Marilyn Mccouch<br>CONFIDENTIAL: TO BE OPENED BY ADDRESSEE ONLY | |

| DATE | |
|---|---|
| July 23, 2002 | |
| **I.D. NUMBER** | |
| 015549444 | |
| **COC Number** | |
| 30018205 | |
| **NAME (IF AVAILABLE)** | |
| Jeffrey A Daniels | |
| **REASON FOR TEST** | |
| Accident/Injury | |
| **DATE AND TIME COLLECTED** | |
| 07/19/2002 00:00 | |
| **LABORATORY** | |
| Northwest | |

| TEST NAME | RESULTS | INITIAL TEST LEVEL | CONFIRMATORY TEST LEVEL |
|---|---|---|---|
| SAP5-500 | | | CUT-OFF LEVELS |
| OPIATES | NEGATIVE | 2000 NG/ML | 2000 NG/ML |
| PHENCYCLIDINE | NEGATIVE | 25 NG/ML | 25 NG/ML |
| MARIJUANA | NEGATIVE | 50 NG/ML | 15 NG/ML |
| COCAINE | POSITIVE | 300 NG/ML | 150 NG/ML |
| AMPHETAMINES | NEGATIVE | 1000 NG/ML | 500 NG/ML |

Released:    July 23, 2002 11:31

I HAVE REVIEWED THE LABORATORY RESULTS FOR THE SPECIMEN IDENTIFIED BY THIS FORM IN ACCORDANCE WITH APPLICABLE REQUIREMENTS. MY DETERMINATION/VERIFICATION IS

**POSITIVE**

_Patricia J. Ausman_
PATRICIA J. AUSMAN, D.O.
MEDICAL REVIEW OFFICER