---

**IMPORTANT:** This Rule G Waiver will not be valid unless the charged employee is eligible to enroll in the Employee Assistance Program. Therefore, the responsible management supervisor must advise the employee about the following enrollment conditions.

1. The employee has not been charged with violating Rule G and enrolled in the EAP since March 1, 1986 (February 6, 1986, for Hours-of-Service employees).
2. The employee has not been enrolled in the EAP as a Rule G violator within the previous 10-year period. (Not applicable until 1996)
3. The employee has not had a positive drug screen during a company physical examination.

The responsible management employee must also contact Amtrak EAP Headquarters at (202) 906-4160 (ATS 777-4160) leaving his/her name and the employee's name and social security number. If there is no response within 48 hours, he/she should contact the local EAP Counselor to determine eligibility.

---

I desire to waive my right to an investigation/trial under the applicable collective bargaining agreement in connection with the following charge:

```
While on duty and under pay as a Bridge and Building Department Mechanic it is
alleged that you tested positive on a company drug screen on July 19, 2002. This
is a direct violation of Amtrak's Standard of Excellence "Alcohol and Drugs". This
activity was reported to Amtrak on Tuesday, July 23 at that time you were medically
disqualified.
```

I admit that I violated Rule G as charged. I understand I am being withheld from service without pay except for medical coverage, vacation entitlement, compensatory time and other benefits to which I am entitled, pending my successful completion of treatment as recommended by the Employee Assistance Program Counselor or his/her designated representative. I agree to contact the EAP Counselor within 10 days from the date I sign this waiver and to follow his/her recommendations; should I fail to do so, I will accept discipline of dismissal for the above violation of Rule G.

I understand that after successfully completing the initial treatment plan recommended by the EAP Counselor, I will be dismissed from service unless I comply with the following requirements:

1. After completing the initial treatment plan, I must undergo and pass any medical examination required by company policy. I understand medical examinations may include testing a sample of my urine for the presence of drugs and/or testing my breath for the presence of alcohol.

2. I must maintain periodic contact with the EAP Counselor for a two-year period after successfully completing the initial treatment program, if directed to do so by said EAP Counselor.

3. I must adhere to any continuing care plan prescribed by the EAP Counselor.

4. I must submit to and pass a drug and/or alcohol test by urine and/or breath sample at least four times a year for the first two years of active service following my return to duty. I further understand that if I test positive in any future drug/alcohol test, including tests taken as part of any physical examination, I will be dismissed from all Amtrak service.

_/s/ Patrick F. Daniels_
Employee Name (printed)

_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_
Employee Social Security Number

_/s/ Patrick Daniels_
Employee Signature

Date _9/24/02_

_/s/ Patricia Mallon_
Management Supervisor Signature

Date _9/24/02_

_____
EAP Counselor Signature
(To be signed upon initial contact with employee)

Date _____