# NORAC OPERATING RULES

## SEVENTH EDITION
Effective January 17, 2000

★ ★ ★

## NORAC MEMBER RAILROADS

### Full Members

Amtrak
Bay Colony Railroad (BCLR)
Conrail
CSX Transportation (CSXT)
Norfolk Southern Corporation (NS)
NJ Transit Rail Operations (NJT)
New York, Susquehanna & Western Rwy. Corp. (NYS&W)
Providence and Worcester Railroad Company (P&W)
Reading Blue Mountain & Northern Railroad (RBM&N)
Saint Lawrence & Hudson Railway (D&H)
Southeastern Pennsylvania Transp. Authority (SEPTA)

**(Rule D Continued)**

To remain in service, employees must refrain from conduct that adversely affects the performance of their duties, other employees, or the public. Employees must also refrain from conduct that discredits the Company.

Acts of insubordination, hostility or willful disregard of the Company's interest are prohibited.

### E. Prohibited Behavior

The following behaviors are prohibited:

1. While on duty or on company property: Gambling, fighting or participating in any illegal, immoral or unauthorized activity.

2. When required to perform service: Sleeping or assuming the attitude of sleep. Having or using electronic devices not related to their duties, unless authorized by the railroad. Card playing or reading other than Company instructions.

3. Solicitation of gratuities from patrons.

### F. Reporting Unusual Occurrences

Derailments, collisions, storms, washouts, high water, fires, obstructions to tracks, and any other condition which could result in death or injury, damage to property or disruption of railroad operations must be reported to the Dispatcher by the quickest available means of communication.

### G. Drugs and Alcohol

Employees are prohibited from engaging in the following activities while on duty or reporting for duty:

1. Using alcoholic beverages or intoxicants, having them in their possession, or being under their influence.

2. Using or being under the influence of any drug, medication, or other controlled substance – including prescribed medication – that will in any way adversely affect their alertness, coordination, reaction, response or safety. Employees having questions about possible adverse effects of prescribed medication must consult a Company medical officer before reporting for duty.

3. Illegally possessing or selling a drug, narcotic or other controlled substance.

An employee may be required to take a breath test and/or provide a urine sample if the Company reasonably suspects violation of this rule. Refusal to comply with this requirement will be considered a violation of this rule and the employee will be promptly removed from service.