UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

_____X

| | |
|---|---|
| JEFFREY DANIELS, | CIVIL ACTION |
| Plaintiff | NO. 04-12030-RBC |
| VS. | |
| NATIONAL RAILROAD PASSENGER CORPORATION, | |
| Defendant | OCTOBER 27, 2006 |

_____X

### SUPPLEMENTAL NOTICE OF OBJECTIONS

The plaintiff also requests rulings on the following objections in Dr. Tilzey's trial deposition:

a. page 62 Lines 20 through page 63 Line 4;
b. page 63 Lines 19 through 24;
c. page 64 Lines 17 through 23.

FOR THE PLAINTIFF,

BY _____
Scott E. Perry
George J. Cahill, Jr. (BBO #069480)
CAHILL, GOETSCH & MAURER, P.C.
43 Trumbull Street
New Haven, Connecticut 06510
(203) 777-1000

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2006, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
Scott E. Perry