UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

_____X

| | |
|---|---|
| JEFFREY DANIELS, | CIVIL ACTION |
| Plaintiff | NO. 04-12030-RBC |
| VS. | |
| NATIONAL RAILROAD PASSENGER CORPORATION, | |
| Defendant | OCTOBER 27, 2006 |

_____X

The plaintiff herewith submits his proposed Jury Verdict Form based on his present understanding of the case.

## GENERAL VERDICT WITH ACCOMPANYING INTERROGATORIES

### Interrogatory No. 1

Do you find that the defendant was negligent under the Federal Employers' Liability Act even to the slightest degree?

**Yes_____  No_____**

[If your answer to Interrogatory No. 1 is "no," you have completed your deliberations. If your answer to Interrogatory No. 1 is "yes," proceed to Interrogatory No. 2.]

**Interrogatory No. 2**

If your answer to Interrogatory No. 1 is "yes", did that negligence play any part -- even to the slightest degree -- in bringing about Mr. Daniels' injuries?

Yes_____ No_____

[If your answer to Interrogatory No. 2 is "no," you have completed your deliberations. If your answer to Interrogatory No. 2 is "yes," proceed to Interrogatory No. 3.]

**Interrogatory No. 3**

If your answer to Interrogatory No. 2 is "yes", do you find that Mr. Daniels was contributorily negligent?

Yes_____ No_____

[If your answer to Interrogatory No. 3 is "no," proceed to Interrogatory No. 5 and do not respond to Interrogatory No.4. If your answer to Interrogatory No. 3 is "yes," proceed to Interrogatory No. 4.]

**Interrogatory No. 4**

If your answer to Interrogatory No. 3 is "yes," to what extent, expressed in a percentage, did the parties contribute to causing the accident?

Defendant Amtrak _____%
Plaintiff Daniels _____%
Total must equal   100 %

[Proceed to Interrogatory No. 5.]

**Interrogatory No. 5**

What amount do you find, without any reduction for contributory negligence, will fairly and adequately compensate Mr. Daniels for:

| | |
|---|---|
| A. Past Lost Wages: | $_____ |
| B. Pain, Suffering, Mental Anguish and Loss Of Enjoyment of Life's Activities | $_____ |
| **GENERAL VERDICT (Total of A+B)** | $_____ |

**Interrogatory No. 6**

If your answer to interrogatory 3 is "no", you have completed your deliberations. If your answer to Interrogatory No. 3 is "yes," reduce the total combined amount of damages in Interrogatory No. 5 by the percentage of Mr. Daniels' contributory negligence that you found in Interrogatory No. 4 and enter that reduced amount in the space below:

**GENERAL VERDICT: $_____**

You have now completed your deliberations.  Please sign and date this form,

_____                    _____
Date                                                               Foreperson

FOR THE PLAINTIFF,

BY _____/s/ Scott E. Perry/_____
Scott E. Perry
George J. Cahill, Jr. (BBO #069480)
CAHILL, GOETSCH & MAURER, P.C.
43 Trumbull Street
New Haven, Connecticut  06511
(203) 777-1000

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2006, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____/s/ Scott E. Perry/_____
Scott E. Perry