UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12030RBC

| | |
|---|---|
| JEFFREY DANIELS,<br>Plaintiff<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER<br>CORPORATION,<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT'S PROPOSED SPECIAL JURY VERDICT QUESTIONS

The defendant respectfully submits the attached proposed special jury verdict questions.

The Defendant,
National Railroad Passenger Corporation,
By its attorney,

/s/ William Joseph Flanagan
_____
William Joseph Flanagan, BBO#556598
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

Certificate of Service

I hereby certify that this document(s) filed
through the ECF system will be sent electronically
to the registered participants as identified on the
notice of Electronic Filing (NEF) and paper copies
will be sent to those indicated as non registered participants
on this 27th day of October, 2006.

/s/ William Joseph Flanagan
_____
William Joseph Flanagan, BBO#556598

1189846v1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:  04-12030RBC

| | |
|---|---|
| JEFFREY DANIELS,<br>Plaintiff<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER<br>CORPORATION,<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT'S PROPOSED SPECIAL JURY VERDICT QUESTIONS

1. Was the defendant, National Railroad Passenger Corporation, negligent?

   YES:_____                                         NO: _____

   *If your answer to Question No. 1 is Yes, proceed to Question No. 2.  If your answer to Question No. 1 is No, answer no further questions, but simply sign and date below.*

2. Was the defendant, National Railroad Passenger Corporation's, negligence a proximate cause of the plaintiff's damages?

   YES:_____                                         NO: _____

   *If your answer to Question No. 2 is Yes, proceed to Question No. 3.  If your answer to Question No. 2 is No, answer no further questions, but simply sign and date below.*

3. Was the plaintiff negligent?

   YES:_____                                         NO: _____

   *If your answer to Question No. 3 is Yes, proceed to Question No. 4.  If you answer to Question No. 3 is No, proceed to Question No. 6 below.*

4. Was the plaintiff's negligence a proximate cause of his damages?

   YES:_____                                         NO: _____

   *If your answer to Question No. 4 is yes, proceed to Question No. 5.  If your answer to Question No. 4 is No, proceed to Question No. 6 below.*

5.   What percentage of negligence do you attribute to:

    a.   Defendant                                          _____%

    b.   Plaintiff                                               _____%

*Your total must be 100%. Proceed to Question No. 6*     _____Total 100%

6.   What amount of money would fairly and adequately compensate the plaintiff for his damages?

$_____.

Please answer in words:

_____

Date:  _____          _____
                                     Foreperson of the Jury

3