UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12030RBC

| | |
|---|---|
| JEFFREY DANIELS, <br> Plaintiff <br><br> v. <br><br> NATIONAL RAILROAD PASSENGER CORPORATION, <br> Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DEFENDANT'S REQUESTED JURY INSTRUCTIONS

The defendant requests the court to instruct the jury with the attached instructions.

The Defendant,
National Railroad Passenger Corporation,
By its attorney,

*/s/William Joseph Flanagan*
_____
William Joseph Flanagan, BBO#556598
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

Certificate of Service

I hereby certify that this document(s) filed
through the ECF system will be sent electronically
to the registered participants as identified on the
notice of Electronic Filing (NEF) and paper copies
will be sent to those indicated as non registered participants
on this 27th day of October, 2006.

*/s/ William Joseph Flanagan*
_____
William Joseph Flanagan, BBO#556598

1189899v1

2

ELEMENTS

No. 1

    In order to find the defendant liable, you must find that the defendant was negligent.  45 U.S.C.S. §51

NEGLIGENCE

No. 2

      The fact that an employee is injured is not proof of negligence of the defendant. <u>Eaton v. Long Island Railroad Co.</u>, 398 F.2d 738 (2d Cir. 1968).

1189899v1

NEGLIGENCE

No. 3

      The fact that the plaintiff was injured during his employment does not automatically entitle him to recover from his employer.

1189899v1

NEGLIGENCE

No. 4

     General allegations of negligence are insufficient to create a jury question for liability. <u>Hurley v. Patapsco & Black Rivers R.R. Co.</u>, 888 F.2d 327 (4th Cir. 1989).

1189899v1

NEGLIGENCE

No. 5

The fact that there may have been a safer method employed to perform work or that danger might have been eliminated by performing work in a different manner does not necessarily make an act negligent. <u>Chicago, Rock Island & Pacific Railroad Co. v. Lint</u>, 217 F.2d 279 (1954).

1189899v1

NEGLIGENCE

No. 6

      Defendant need not institute the best method for work but must provide one that is reasonably safe.  <u>Stillman v. Norfolk & Western Ry. Co.</u>, 811 F.2d 834 (4th Cir. 1987).

1189899v1

NEGLIGENCE

No. 7

    The plaintiff may recover if the defendant was at all negligent. 45 U.S.C.S. §53

1189899v1

NEGLIGENCE

No. 8

      The plaintiff's damages shall be diminished in proportion with the amount of his negligence.  45 U.S.C.S. §53

NEGLIGENCE

No. 9

    If the plaintiff's injuries were caused by the plaintiff's sole negligence, the plaintiff cannot recover. <u>Chicago, St. P., M. & O. R. Co. v. Arnold</u>, 160 F.2d 1002 (8th Cir. 1947).

10

1189899v1

EFFECT OF TAXES

No. 10

      An award by you of monies is not taxable by the state of Federal Government. Consequently, you are not to take income taxes into consideration.  26 U.S.C. 104(a)(2); M.G.L. c.62, §2.

1189899v1

## INTEREST

No. 11

      If the plaintiff recovers, the statutory rate of interest to be applied to any award. Accordingly, do not add any amount for interest.

1189899v1

DAMAGES

No. 12

      If the plaintiff had a pre-existing injury which was aggravated, the defendant must compensate the plaintiff only for the aggravation itself and not for the pre-existing condition. <u>Kruhlinski v. New York, New Haven & Hartford Railroad Co.</u>, 217 F.Supp. 723, 726 (S.D.N.Y. 1963).

1189899v1

DAMAGES

No. 13

      The defendant is not responsible for any injuries which resulted from any cause other than the accident claimed by the plaintiff.  <u>Harris v. Norfolk So. Ry.</u>, 319 F.2d 493 (4th Cir. 1963).

1189899v1