UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

_____X

| | |
|---|---|
| JEFFREY DANIELS, | CIVIL ACTION |
| Plaintiff | NO. 04-12030-RBC |
| VS. | |
| NATIONAL RAILROAD PASSENGER CORPORATION, | |
| Defendant | NOVEMBER 1, 2006 |

_____X

## PLAINTIFF'S SUPPLEMENTAL PROPOSED JURY CHARGE

This Proposed Charge is based on the plaintiff's present understanding of the case and he reserves the right to submit additional proposed charges.

1

## STATUTORY LIEN WHERE U.S. RAILROAD RETIREMENT BOARD SICKNESS BENEFITS PAID

During the evidence you heard testimony concerning disability benefits from the U.S. Railroad Retirement Board. You are instructed that the U.S. Railroad Retirement Board is a federal agency that has a statutory lien on any verdict for the Plaintiff. In other words, the Plaintiff must pay back the Retirement Board for any benefits it paid to the Plaintiff as a result of his injuries. 20 CFR 341; 45 U.S.C. 362(o).

FOR THE PLAINTIFF,

BY _____
George J. Cahill, Jr. (BBO #069480)
CAHILL, GOETSCH & MAURER, P.C.
43 Trumbull Street
New Haven, Connecticut 06510
(203) 777-1000

**CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2006, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
George J. Cahill, Jr.