UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12030RBC

JEFFREY DANIELS,
Plaintiff

v.

NATIONAL RAILROAD PASSENGER
CORPORATION,
Defendant

## DEFENDANT'S MOTION FOR JUDGMENT AS A MATTER OF LAW AT THE CLOSE OF THE PLAINTIFF'S CASE

The defendant, National Railroad Passenger Corporation, pursuant to Fed.R.Civ.P. 50(a), hereby moves for judgment as a matter of law at the close of the plaintiff's case. As grounds for its Motion, the defendant states that there has been no showing of negligence on the part of the defendant and there is no legally sufficient evidentiary basis for a reasonable jury to find for the plaintiff. The plaintiff has not shown any negligence of the defendant, or that any negligence of the defendant was the cause of his injuries. All the plaintiff has shown, solely through his own testimony, is that he was standing behind the truck when Mr. Mello drove the truck forward, and that the tires spun and allegedly tossed stones toward the plaintiff. The plaintiff has not proved that this occurred due to the defendant's negligence.

**WHEREFORE**, the defendant respectfully requests this Honorable Court grant its motion for judgment as a matter of law against the plaintiff.

UNITED STATES DISTRICT COURT

DATE 11/1/06
N. Russo
Deputy Clerk

NOV -1 2006
DENIED.

The Defendant,
National Railroad Passenger Corporation,
By its attorney,

William Joseph Flanagan, BBO#556598
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

1190295v1