*caitlin chianca*   11/1/2006

# United States District Court
# District of Massachusetts

JEFFREY DANIELS,
    Plaintiff,

v.                                              CIVIL ACTION NO. 2004-12030-RBC

NATIONAL RAILROAD
    PASSENGER CORPORATION
    ("Amtrak"),
    Defendant.

BOSTON, MASSACHUSETTS
UNITED STATES DISTRICT COURT
NOV - 2 2006
U.S. MAGISTRATE JUDGE
ROBERT B. COLLINGS
RECEIVED IN OFFICE OF

## *JURY VERDICT*

1. Has the plaintiff proven by a preponderance of the evidence that the defendant was negligent?

   Answer: __No__        (Yes or No)

2. If the answer to Question # 1 is in the affirmative, has the plaintiff proven by a preponderance of the evidence that the negligence of defendant was a contributing cause of an injury to the plaintiff on July 19, 2002?

   Answer: _____        (Yes or No)

3. If the answer to Question # 2 is in the affirmative, has the defendant proven by a preponderance of the evidence that plaintiff was negligent and that his negligence contributed to his injuries?

   Answer: _____  (Yes or No)

4. If the answer to Question # 3 is in the affirmative, what is the proportion of the total negligence of the defendant and plaintiff which you apportion to each?

   Answer:   Plaintiff    \_\_\_\_\_%

             Defendant    \_\_\_\_\_%
             _____

             Total        100 %

5. If the answer to Question #2 is in the affirmative, what is the amount of damages which you award to plaintiff to compensate him for past lost wages and past pain and suffering of which the defendant's negligence was a contributing cause?

   Answer: $_____  (Indicate a dollar amount)

_____
Foreperson of the Jury

Date: November \_\_\_, 2006.