CIVIL CASE NO: _____04-12030-RBC_____

TITLE: __JEFFREY DANIELS .__ VS. __NATIONAL RAILROD PASSENGERS CORPORATION__

## W I T N E S S E S

| PLAINTIFF | DEFENDANT |
|---|---|
| 01. Dr. JOHN TILSEY (Video) | 01. GARY MARCHAND |
| 02. JEFFREY DANIELS | 02. JOSEPH MELLO |
| 03. | 03. PATRICIA MALLON |
| 04. | 04. |
| 05. | 05. |
| 06. | 06. |
| 07. | 07. |
| 08. | 08. |