≋AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**JEFFREY DANIELS**

**EXHIBIT LIST**

V.

**AMTRAK**

Case Number: 2004-CV-12030-RBC

| PRESIDING JUDGE COLLINGS | PLAINTIFF'S ATTORNEY PERRY | DEFENDANT'S ATTORNEY FLANAGAN |
|---|---|---|
| TRIAL DATE (S) 10/30/06-11/2/06 | COURT REPORTER MARCIA PATRISSO | COURTROOM DEPUTY NOREEN A. RUSSO |

| P. NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|
| 1a-f | 10/31/06 | x | 10/31/06 | PHOTOS OF TRUCK. |
| 2 | 10/31/06 | x | 10/31/06 | AMTRACK'S INJURY ILLNESS REPORT AND PERSONAL STATEMENT. |
| 3 | 10/31/06 | x | 10/31/06 | AMTRACK'S INVESTIGATION COMMITTEE REPORT. |
| 4 | 10/31/06 | x | 10/31/06 | AMTRACK'S PRELIMINARY INJURY / INCIDENT INVESTIGATION REPORT. |
| 5 | 10/31/06 | x | 10/31/06 | MILTON HOSPITAL EMERGENCY ROOM REPORT 7/19/02. |
| 6 | 10/31/06 | x | 10/31/06 | MILTON HOSPITAL WORK-RELATED INJURY TRIAGE SHEET. |
| 7 | 10/31/06 | x | 10/31/06 | MILTON HOSPITAL RADIOLOGY REPORT. |
| 8 | 10/31/06 | x | 10/31/06 | E-MAIL FROM DENNIS COFFEY TO CHRISTA CUUPERNULL. |
| 9 | 10/31/06 | x | 10/31/06 | E-MAIL 8/8/03 FROM ADAM EMERY TO ELIZABETH TROWBRIDGE. |
| 10 | 10/31/06 | x | 10/31/06 | E-MAIL 8/14/03 FROM ADAM EMERY TO ELIZABETH TROWBRIDGE. |
| 11 | 10/31/06 | x | 10/31/06 | E-MAIL 10/31/03 FROM MARILYN MCCOUCH TO SUZANNE ALLAN. |
| 12 | 10/31/06 | x | 10/31/06 | E-MAIL 12/5/06 FROM ADAM EMERY TO SUZANNE ALLAN. |
| 13 | 10/31/06 | x | 10/31/06 | MBCR PERSONNEL ACTION REQUEST: RETURN FROM LEAVE 1/7/04. |
| 14 | 10/31/06 | x | 10/31/06 | JAN 5, 2004 E-MAIL from MA BOSTON TO ELIZABETH BOWDEN. |
| 15 | 10/31/06 | x | 10/31/06 | October 24, 2005 E-MAIL FROM MARILN MCCOUCH TO SUZANNE ALLAN. |
| 16 | 10/31/06 | x | 10/31/06 | AMTRAK SAFETY RULE 4001. |
| 17 | 10/31/06 | x | 10/31/06 | AMTRACK SAFETYRULE 4175. |
| 18 | 10/31/06 | x | 10/31/06 | PORTIONS OF JAMES TEAUGE DEP. 11/3/05 |
| 19 | 10/31/06 | x | 10/31/06 | PORTIONS OF PATTY MALLON'S DEP. 10/7/05 |
| 20 | 10/31/06 | x | 10/31/06 | PORTIONS OF JOSEPH MELLO'S DEP. 11/3/05 |
| 21 | 10/31/06 | x | 10/31/06 | PORTIONS OF SUZANNE ALLAN'S DEP. 11/3/05 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

✎AO 187A (Rev. 7/87) **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | DANIELS | vs. | | AMTRACK | CASE NO. 04-CV-12030-RBC |
|---|---|---|---|---|---|
| NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| 22 | 10/31/06 | x | 10/31/06 | PORTIONS OF GARY MARCHAND'S DEP. TR. DATED OCTOBER 7, 2005. | |
| 23 | 10/31/06 | x | 10/31/06 | VIDEO TESTIMONY/ DEPOSITION TRANSCRIPT of JOHN TILZY | |
| 24 | 10/31/06 | x | 10/31/06 | MAY 10, 2003 LAHEY CLINIC DISCHARGE SUMMARY | |
| 25 | 10/31/06 | x | 10/31/06 | Jan 29, 2003 LAHEY CLINIC NEUROSURGERY PROGRESS REPORT | |
| 26 | 10/31/06 | x | 10/31/06 | LAHEY CLINIC NEUROSURGERY PROGRESS REPORT | |
| 27 | 10/31/06 | x | 10/31/06 | AMTRAK's SAFETY RULES AND INSTRUCTIONS | |
| 28 | 10/31/06 | x | 10/31/06 | AMTRAK'S RODWAY WORKER PROTECTION MANUAL | |
| 29 | 10/31/06 | x | 10/31/06 | AMTRACK'S NORAC RULES | |
| 30 | 10/31/06 | x | 10/31/06 | AMTRACK'S VIDEOTAPE OF HI-RAIL TRUCK. | |
| 31 | 10/31/06 | x | 10/31/06 | CDC NATIONAL VITAL STATISTICS REPORT | |
| 32 | 10/31/06 | x | id only | Transcript of Dr. Tillsey Played in Court. | |
| 41 | 10/31/06 | x | 10/31/06 | PRE EMPLOYMENT MEDICAL QUESTIONARE. | |
| DNo. | | | | | |
| 32 | 11/1/06 | x | id | NORTHWEST TOXICOLOGY REPORT | |
| 33 | 11/1/06 | x | id | AMTRAK WAIVER | |
| 34 | 11/1/06 | x | id | RULE D | |
| 35 | 10/31/06 | x | 10/31/06 | PHOTOS of TRACKS | |
| 36 | 10/31/06 | x | 10/31/06 | PHOTOS of TRACKS | |
| 37 | 10/31/06 | x | 10/31/06 | PHOTO OF TRUCK | |
| 38 | 10/31/06 | x | 10/31/06 | PHOTO OF TRUCK (back side) | |
| 39 | 10/31/06 | x | 10/31/06 | PHOTO OF TRUCK (back side) | |
| 40 | 10/31/06 | x | 10/31/06 | AMTRAK STATEMENT OF DISABILITY | |
| 41 | 11/1/06 | x | id | DRUG AND ALCOHOL POLICY | |
| 43 | 10/31/06 | x | 10/31/06 | NEW IDX RADIOLOGY RESULTS | |
| 44 | 10/31/06 | x | *10/31/06* | Inpart Lahey Clnic Report (redacted) | |
| 45 | 10/31/06 | x | 10/31/06 | OFFICE NOTES FROM DR. TILLSEY | |
| 46 | 10/31/06 | x | *10/31/06* | Inpart  REDACTED MILTON HOSPITAL RECORDS | |