# United States District Court
# District of Massachusetts

JEFFREY DANIELS,
    Plaintiff,

v.                                        CIVIL ACTION NO. 2004-12030-RBC

NATIONAL RAILROAD
    PASSENGER CORPORATION,
        Defendant.

## JUDGMENT

COLLINGS, U.S.M.J.

This case came on for jury trial, the Honorable Robert B. Collings presiding. The jury having returned its verdict,

IT IS ORDERED AND ADJUDGED:

Judgment for the defendant.

The defendant shall recover its costs.

                                          SARAH ALLISON THORNTON,
                                          Clerk of Court

                                        By: *Kathleen M. Dolan*
                                          KATHLEEN M. DOLAN
                                          Deputy Clerk

Dated at Boston, Massachusetts
this 6th day of November, 2006.